Fill in this information to identify the case:

Debtor name: **Eastern Niagara Hospital, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NY**
Case number (if known): **1-19-12342-CLB**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cornerstone Community FCU** 6485 South Transit Road Lockport, NY 14094 | | | **Contingent** | | | $5,853,436.00 |
| **PMAIC** 380 Sentry Parkway PO Box 3031 Blue Bell, PA 19422 | | | | | | $689,092.00 |
| **Musculoskeletal Transplant Foundation** 125 May Street, Suite 300 Edison, NJ 08837 | | | | | | $467,480.00 |
| **Stryker Orthopaedics** 325 Corporate Drive Mahwah, NJ 07430 | | | | | | $414,157.20 |
| **Clark Patterson Lee** 205 St. Paul Street, Suite 500 Rochester, NY 14604 | | | | | | $304,275.76 |
| **Kaleida Health Dept of Finance** 726 Exchange Street Suite 200 Buffalo, NY 14210 | | | | | | $286,656.00 |
| **Boston Scientific Corporation** 100 Boston Scientific Way Marlborough, MA 01752 | | | | | | $253,339.68 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 1-20-10903-CLB, Doc 1-4, Filed 07/08/20, Entered 07/08/20 11:02:48, Description: Top 20 Largest Unsecured Claims and Verification, Page 1 of 6

| Debtor | Eastern Niagara Hospital, Inc. | | Case number (if known) | 1-19-12342-CLB | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Keystone Medical Services NY, PC<br>Crescent Center<br>6075 Poplar Avenue, Suite 401<br>Memphis, TN 38119 | | | | | | $220,368.20 |
| Spinal USA Inc.<br>2050 Executive Drive<br>Pearl, MS 39208 | | | | | | $208,711.00 |
| Kaleida Health Patient<br>726 Exchange Street, Suite 300<br>Buffalo, NY 14210 | | | | | | $208,561.68 |
| X-Cell Laboratories of WNY Inc.<br>20 Northpointe Parkway, Suite 100<br>Buffalo, NY 14228 | | | | | | $161,140.38 |
| Siemens Medical Solutions USA Inc.<br>40 Liberty Boulevard<br>Malvern, PA 19355 | | | | | | $153,158.00 |
| CRS Nuclear Services LLC<br>840 Aero Drive, Suite 150<br>Buffalo, NY 14225 | | | | | | $137,133.40 |
| Zimmer Biomet Spine Inc.<br>1800 West Center Street<br>Bldg 5 MS-5162<br>Warsaw, IN 46580 | | | | | | $129,913.75 |
| McKesson Medical-Surgical Inc.<br>9954 Mayland Drive, Suite 4000<br>Henrico, VA 23228 | | | | | | $128,017.22 |
| ALCON Laboratories, Inc.<br>6201 South Freeway<br>Fort Worth, TX 76134-2099 | | | | | | $123,912.79 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 1-20-10903-CLB,    Doc 1-4,    Filed 07/08/20,    Entered 07/08/20 11:02:48,
Description:  Top 20 Largest Unsecured Claims and Verification, Page 2 of 6

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trimedx Health Care Equipment** 5451 Lakeview Parkway South Drive Indianapolis, IN 46268 | | | | | | $121,961.00 |
| **Laboratory Corp America Holdings** PO Box 12140 Burlington, NC 27216-2140 | | | | | | $121,281.90 |
| **Paradigm Spine LLC** 505 Park Avenue, 14th Floor New York, NY 10022 | | | | | | $120,750.00 |
| **Intuitive Surgical Inc.** 1266 Kifer Road Sunnvale, CA 94086-5206 | | | | | | $119,588.95 |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Case 1-20-10903-CLB,　Doc 1-4,　Filed 07/08/20,　Entered 07/08/20 11:02:48,
Description: Top 20 Largest Unsecured Claims and Verification, Page 3 of 6

Cornerstone Community FCU
6485 South Transit Road
Lockport, NY 14094

PMAIC
380 Sentry Parkway
PO Box 3031
Blue Bell, PA 19422

Musculoskeletal Transplant Foundation
125 May Street, Suite 300
Edison, NJ 08837

Stryker Orthopaedics
325 Corporate Drive
Mahwah, NJ 07430

Clark Patterson Lee
205 St. Paul Street, Suite 500
Rochester, NY 14604

Kaleida Health Dept of Finance
726 Exchange Street
Suite 200
Buffalo, NY 14210

Boston Scientific Corporation
100 Boston Scientific Way
Marlborough, MA 01752

Keystone Medical Services NY, PC
Crescent Center
6075 Poplar Avenue, Suite 401
Memphis, TN 38119

Spinal USA Inc.
2050 Executive Drive
Pearl, MS 39208

Kaleida Health Patient
726 Exchange Street, Suite 300
Buffalo, NY 14210

X-Cell Laboratories of WNY Inc.
20 Northpointe Parkway, Suite 100
Buffalo, NY 14228

Siemens Medical Solutions USA Inc.
40 Liberty Boulevard
Malvern, PA 19355

CRS Nuclear Services LLC
840 Aero Drive, Suite 150
Buffalo, NY 14225

```
Zimmer Biomet Spine Inc.
1800 West Center Street
Bldg 5 MS-5162
Warsaw, IN 46580

McKesson Medical-Surgical Inc.
8741 Landmark Road
Henrico, VA 23228

ALCON Laboratories, Inc.
6201 South Freeway
Fort Worth, TX 76134-2099

Trimedx Health Care Equipment
5451 Lakeview Parkway South Drive
Indianapolis, IN 46268

Laboratory Corp America Holdings
PO Box 12140
Burlington, NC 27216-2140

Paradigm Spine LLC
505 Park Avenue, 14th Floor
New York, NY 10022

Intuitive Surgical Inc.
1266 Kifer Road
Sunnvale, CA 94086-5206
```

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/07/2020   x /s/ Anne E. McCaffrey
Signature of individual signing on behalf of debtor

**Anne E. McCaffrey**
Printed name

**President and CEO**
Position or relationship to debtor

Official Form 202 — Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Case 1-20-10903-CLB, Doc 1-4, Filed 07/08/20, Entered 07/08/20 11:02:48, Description: Top 20 Largest Unsecured Claims and Verification, Page 6 of 6