Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration    **Matrix of Additional Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/22/20     x *Anne E. McCaffrey*
                                   Signature of individual signing on behalf of debtor

                                **Anne E. McCaffrey**
                                Printed name

                                **President & CEO**
                                Position or relationship to debtor

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document , Page 1 of 104

Debtor name **Eastern Niagara Hospital, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NY

Case number (if known) **1-20-10903-CLB**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **5,068,498.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   **16,049,244.29**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $   **21,117,742.29**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **7,426,757.57**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $   **2,336,344.19**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **37,835,144.65**

4.   Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b          $   **47,598,246.41**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 2 of 104

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,355.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citzens Bank, N.A.** | **General Operations Account** | **7221** | $907,434.00 |
| 3.2. | **Bank of America** | **Holding Account** | **7071** | $6,799.00 |
| 3.3. | **Citizens Bank, N.A.** | **Board Restricted / ER Donations Account** | **6037** | $624,509.00 |
| 3.4. | **Citizens Bank, N.A.** | **Gas Account** | **6045** | $11,572.00 |
| 3.5. | **Citizens Bank, N.A.** | **Payroll Account** | **6177** | $327,469.00 |
| 3.6. | **Citizens Bank, N.A.** | **Capital Account** | **5982** | $3,102.00 |

| 3.7. | **Cornerstone Community Federal Credit Union** | PPP Loan Proceeds | | $5,053,421.00 |
|---|---|---|---|---|

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $6,935,661.00 |
|---|

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid - Synergy ZIX Gateway License (7/2018-7/2019)** | $946.00 |
|---|---|---|
| 8.2. | **Prepaid - Forward Advantage (4/2019-4/2020)** | $12,292.00 |
| 8.3. | **Prepaid - Forward Advantage (12/2019 - 12/2020)** | $19,625.00 |
| 8.4. | **Prepaid - Foward Advantage (8/2019-8/2020)** | $175.00 |
| 8.5. | **Prepaid - DrFirst.com Inc. (12/2014-12/2017)** | $17,060.00 |
| 8.6. | **Prepaid - DrFirst.com Inc. (4/2019-4/2020)** | $2,917.00 |
| 8.7. | **Prepaid - DrFirst.com Inc. (12/2019-12/2020)** | $13,466.00 |
| 8.8. | **Prepaid - Dr.First.com Inc. (3/27/2020-3/26/2021)** | $3,307.00 |
| 8.9. | **Prepaid - Tri-Delta Resources (4/1/2020-6/30/2020)** | $2,325.00 |

| 8.10. | Prepaid - Kronos (8/2019-8/2020) | $1,012.00 |
|---|---|---|
| 8.11. | Prepaid - Hanys - Clintegrity License Fee (10/24/2019-10/23/2020) | $13,850.00 |
| 8.12. | Prepaid - Hanys - Clintegrity License Fee EAPG (11/3/2019 - 11/2/2020) | $3,839.00 |
| 8.13. | Prepaid - Hanys Sepsis Tool License Fee (1/2020 - 12/2020) | $774.00 |
| 8.14. | Prepaid - Abacus Medical (4/2019-4/2020) | $3,896.00 |
| 8.15. | Prepaid - Pentax Medical Company (1/2020 - 12/2020) 5 Year Total | $10,069.00 |
| 8.16. | Prepaid - ApplicantPro (4/22/2019-4/21/2020) | $1,784.00 |
| 8.17. | Prepaid - Intuitive (Robot) (12/28/2019-3/27/2020) | $12,000.00 |
| 8.18. | Prepaid - Washington Hunt (2017-2021) Start in January 2017 | $4,750.00 |
| 8.19. | Prepaid - Pantheon Capital LLC - Lease #1030-09, Last Payment 4/2021 | $13,520.37 |
| 8.20. | Prepaid - Medical Liability Mutual Insurance (Dr. Khalil) (April 2020-June 2020) | $829.00 |
| 8.21. | Prepaid - Medical Liability Mutual Insurance (Dr. Siddiqui) (April 2020-June 2020) | $727.00 |
| 8.22. | Prepaid - Medical Liability Mutual Insurance (Dr. Shitteh) (April 2020-June 2020) | $274.00 |
| 8.23. | Prepaid - Medical Liability Mutual Insurance (Dr. Hughes) (July 2010-July 2020) | $571.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| | | |
|---|---|---:|
| 8.24. | **Prepaid - Lawley Service Inc. (Healthcare Package) (4/2020-4/2021)** | $21,167.00 |
| 8.25. | **Prepaid - Lawley Service Inc. (Cyber Liability) (4/2020-4/2021)** | $19,993.00 |
| 8.26. | **Nuance (1/2020 - 4/2020)** | $1,548.00 |
| 8.27. | **TCF National Bank** | $4,335.00 |
| 8.28. | **Tri-Delta Resources** | $4,650.00 |
| 8.29. | **Travelers** | $12,576.00 |
| 8.30. | **University Emergency Medical Services** | $63,333.00 |
| 8.31. | **Pantheon Capital** | $4,750.00 |
| 8.32. | **Arthrex** | $12,244.00 |
| 8.33. | **Unknown** | $2,639.00 |
| 8.34. | **Travelers Insurance (Auto & Property) (10/2019-10/2020)** | $28,548.00 |
| 8.35. | **Travelers Insurance (Inland Marine) (10/2019-10/2020)** | $5,051.00 |
| 8.36. | **Lawley Agency, LLC (Agency Fee - NYSIF) (4/2020-4/2021)** | $22,727.00 |

| | | |
|---|---|---:|
| 9. | **Total of Part 2.** | $343,569.37 |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.      Accounts receivable**

| 11a. 90 days old or less: | 1,653,497.00 | - | 0.00 | = .... | $1,653,497.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 756,398.00 | - | 0.00 | = .... | $756,398.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.      Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $2,409,895.00 |
|---|---|

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.      Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1. | **LPL Financial Stocks** | **Statement** | $113,416.00 |
|---|---|---|---|

| 14.2. | **Prudential Stock (325 shares)** | | $16,946.00 |
|---|---|---|---|

**15.      Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

| 15.1. | **ENSO** | **40** % | **Investment** | $80,000.00 |
|---|---|---|---|---|

| 15.2. | **Seagate Alliance** | **12.42** % | **Investment** | $5,000.00 |
|---|---|---|---|---|

| 15.3. | **Majority shareholder of Eastern Niagara Services Organization, LLC** | % | | **Unknown** |
|---|---|---|---|---|

**16.      Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 17. | **Total of Part 4.** | | | | **$215,362.00** |
|---|---|---|---|---|---|

Add lines 14 through 16.  Copy the total to line 83.

<table>
<tr><td colspan="6">**Part 5:**　**Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.　Raw materials** | | | | |
| **20.　Work in progress** | | | | |
| **21.　Finished goods, including goods held for resale** | | | | |
| **22.　Other inventory or supplies**<br>**Medical Supplies** | **12/31/2019** | **$1,370,970.00** | **Recent cost** | **$1,370,970.00** |

| 23. | **Total of Part 5.** | | | | **$1,370,970.00** |
|---|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.　**Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value　**1,482,152.00**　Valuation method　**FIFO**　Current Value　**1,482,152.00**

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="5">**Part 6:**　**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="5">**Part 7:**　**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.　Office furniture**<br>**Movable Equipment** | **$4,590,079.00** | **Net Book Value** | **$4,590,079.00** |
| **40.　Office fixtures** | | | |

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$4,590,079.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2018 Dodge Grand Caravan** | **$22,306.00** | **Book Value** | **$11,153.00** |
| 47.2.    **2013 Ford EC350 Van** | **$22,306.00** | **Book Value** | **$4,833.00** |
| 47.3.    **2016 Ford Escape** | **$30,917.50** | **Book Value** | **$9,275.25** |
| 47.4.    **2012 Ford XLT 4WD** | **$11,296.00** | **Book Value** | **$1,882.67** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Fixed Equipment, Leasehold Improvements**    **$156,564.00**    **Book Value**    **$156,564.00**

51.    **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | **$183,707.92** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **521 East Avenue, Lockport, NY (Main Hospital Campus) Tax Map No. 109.42-2-2** | Fee simple | $1,827,000.00 | Net Book Value | $1,827,000.00 |
| 55.2.  **53 Elizabeth Drive, Lockport, NY Tax Map No. 123.12-1-11** | Fee simple | $59,460.00 | Net Book Value | $59,460.00 |
| 55.3.  **6037 Ketchum Avenue, Newfane, NY** | Fee simple | $20,389.00 | Net Book Value | $20,389.00 |
| 55.4.  **2600 William Street, Newfane, NY Tax Map Nos. 38.08-2-50, 38.08-2-51.1, 38.08-2-71, and 38.08-2-73.1** | Fee simple | $280,270.00 | Net Book Value | $280,270.00 |
| 55.5.  **5875 South Transit, Lockport, NY** | | $2,881,379.00 | Net Book Value | $2,881,379.00 |

56.     **Total of Part 9.**                                                                                    |  $5,068,498.00  |
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ☒ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☐ No
        ☒ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Travelers Property Casualty Company of America Policy No. P6308N069208TIL19 (property insurance)** | Unknown |
| | **Travelers Property Casualty Company of America Policy No. QT6602P458745TIL19 (equipment insurance)** | Unknown |
| | **Travelers Indemnity Co. of America Policy No. BA8N084795-19-CAG (business automobile insurance)** | Unknown |
| | **PAM Group Policy No. 2019000449629 (Workers' Compensation insurance)** | Unknown |
| | **Ace American Insurance Co. Policy No. D94857922 (cyber liability plus insurance)** | Unknown |
| | **Allied World Specialty Insurance Policy No. 03113705 (D&O/Employment Practices/Fiduciary/Crime insurance)** | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,935,661.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $343,569.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,409,895.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $215,362.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,370,970.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,590,079.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $183,707.92 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $5,068,498.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,049,244.29 | + 91b. $5,068,498.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,117,742.29 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Ford Credit**<br>Creditor's Name<br><br>**Attn: Customer Service Center**<br>**P.O. Box 542000**<br>**Omaha, NE 68154-8000**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2016 Ford Escape**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$5,657.27** | **$9,275.25** |

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| | | | |
|---|---|---|---|
| **2.2 Karl Storz Capital**<br>Creditor's Name<br><br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Laparoscopy Towers**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$66,157.53** | **$120,961.65** |

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mindray DS USA Inc.** | Describe debtor's property that is subject to a lien | $94,951.94 | $130,060.18 |
|---|---|---|---|---|
| | Creditor's Name | **Telemetry Monitors (2 North & ICU)** | | |

**1300 MacArthur Boulevard
Mahwah, NJ 07430**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pantheon Capital LLC** | Describe debtor's property that is subject to a lien | $262,452.99 | $748,475.00 |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous Equipment - Lease 1030-08** | | |

**Crossroads Corporate Center
1 International Boulevard, Suite 624
Mahwah, NJ 07495**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Pantheon Capital LLC** | Describe debtor's property that is subject to a lien | $75,962.15 | $169,427.24 |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous Equipment - Lease 1030-09** | | |

**Crossroads Corporate Center
1 International Boulevard, Suite 624
Mahwah, NJ 07495**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17, Description: Main Document , Page 15 of 104

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **RBS Citizens Bank, N.A.** | **Describe debtor's property that is subject to a lien** | $3,482,439.16 | $907,434.00 |
|---|---|---|---|---|

Creditor's Name

**n/k/a Citizens Bank, N.A.**
**3524 West Genesee Street**
**Syracuse, NY 13219**
Creditor's mailing address

**Patients Accounts Receivable**

**Describe the lien**
**Mortgage - Pension Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/13/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. RBS Citizens Bank, N.A.**
**2. RBS Citizens Bank, N.A.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **RBS Citizens Bank, N.A.** | **Describe debtor's property that is subject to a lien** | $2,628,855.00 | $907,434.00 |
|---|---|---|---|---|

Creditor's Name

**n/k/a Citizens Bank, N.A.**
**3524 West Genesee Street**
**Syracuse, NY 13219**
Creditor's mailing address

**Patients Accounts Receivable**

**Describe the lien**
**Mortgage - Construction Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/06/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **RBS Citizens Bank, N.A.** | Describe debtor's property that is subject to a lien | $316,177.39 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**n/k/a Citizens Bank, N.A.**
**3524 West Genesee Street**
**Syracuse, NY 13219**

Creditor's mailing address

**Patients Accounts Receivable**

Describe the lien
**Pension Interest Rate Swap**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/13/2013**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **RBS Citizens Bank, N.A.** | Describe debtor's property that is subject to a lien | $255,281.59 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**n/k/a Citizens Bank, N.A.**
**3524 West Genesee Street**
**Syracuse, NY 13219**

Creditor's mailing address

**Patients Accounts Receivable**

Describe the lien
**Construction Interset Rate Swap**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/06/2013**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 0 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $102,865.76 | $106,799.28 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South**
**7th Floor**
**Iselin, NJ 08830**

Creditor's mailing address

**Mammomat Inspiration**

Describe the lien

Is the creditor an insider or related party?

■ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Siemens Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $37,410.00 | $29,070.67 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South
7th Floor
Iselin, NJ 08830**

**Ultrasound Acuson S1000**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Siemens Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $26,330.72 | $29,070.67 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South
7th Floor
Iselin, NJ 08830**

**Ultrasound S1000**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $26,330.72 | $34,554.35 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South
7th Floor
Iselin, NJ 08830**

**Ultrasound Acuson S2000**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $29,602.21 | $32,682.57 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South
7th Floor
Iselin, NJ 08830**

**Ultrasound S2000**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $16,283.14 | $76,954.21 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South
7th Floor
Iselin, NJ 08830**

**DX Vista 500**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $7,426,757.57

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **RBS Citizens Bank, N.A.** **n/k/a Citizens Bank, N.A.** **Attn: Interest Rate Risk Management** **One Citzens Plaza** **Providence, RI 02903** | Line __2.8__ | |

Debtor name **Eastern Niagara Hospital, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NY

Case number (if known) **1-20-10903-CLB**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                                      | Total claim | Priority amount |
|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------------|-----------------|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,236,721.00** | **$2,236,721.00** |
|---|---|---|---|---|
| | **Accrued Wages & Benefits**<br>**c/o Eastern Niagara Hospital**<br>**521 East Avenue**<br>**Lockport, NY 14094** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,461.50** | **$3,461.50** |
|---|---|---|---|---|
| | **Beney, Christopher M.D., P.C.**<br>**77 Elizabeth Street**<br>**Lockport, NY 14094** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document  , Page 21 of 104

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,090.00 | $0.00 |
|---|---|---|---|---|
| | **Buccilli, Andrea M. M.D.** | *Check all that apply.* | | |
| | **5 Overloook Park** | ☐ Contingent | | |
| | **Lancaster, NY 14086** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $0.00 |
|---|---|---|---|---|
| | **Crooks, David M.D.** | *Check all that apply.* | | |
| | **42 Countryside Lane** | ☐ Contingent | | |
| | **Depew, NY 14043** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,490.00 | $46,490.00 |
|---|---|---|---|---|
| | **Deferred Salaries** | *Check all that apply.* | | |
| | **c/o Eastern Niagara Hospital** | ☐ Contingent | | |
| | **521 East Avenue** | ☐ Unliquidated | | |
| | **Lockport, NY 14094** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 | $0.00 |
|---|---|---|---|---|
| | **Dey, Manjushree M.D.** | *Check all that apply.* | | |
| | **734 Davison Road** | ☐ Contingent | | |
| | **Lockport, NY 14094** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,166.69** | $0.00 |
|---|---|---|---|---|
| | **Fattouch, Hany M.D.**<br>**PO Box 785**<br>**Buffalo, NY 14226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,090.00** | $0.00 |
|---|---|---|---|---|
| | **Fetterman, Charles J. M.D.**<br>**6420 Tonawanda Creek Road**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,400.00** | $0.00 |
|---|---|---|---|---|
| | **Hodge, Robert W. M.D.**<br>**8842 Haseley Road**<br>**Gasport, NY 14067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,300.00** | $3,300.00 |
|---|---|---|---|---|
| | **Johnson, Eric M.D.**<br>**59 West Avenue**<br>**Brockport, NY 14420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,825.00 | $10,825.00 |
| --- | --- | --- | --- | --- |
| | **Lopez, Oscar S. M.D. P.C.**<br>**42 Brookshire Court**<br>**East Amherst, NY 14051** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,800.00 | $6,800.00 |
| --- | --- | --- | --- | --- |
| | **Nenno, Donald J. II M.D.**<br>**468 Delaware Avenue, Suite 200**<br>**Buffalo, NY 14202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,100.00 | $4,100.00 |
| --- | --- | --- | --- | --- |
| | **Roberto, Craig M.D.**<br>**#2 Wik Street**<br>**Buffalo, NY 14221** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
| --- | --- | --- | --- | --- |
| | **Schratz, Jeffrey M.D.**<br>**160 East Avenue**<br>**Lockport, NY 14094** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | $0.00 |
|---|---|---|---|---|

**Weiler, M.D., Mary**
**3983 Wilson-Cambria Road**
**Ransomville, NY 14131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |
|---|---|---|---|---|

**Zinno, Matthew M.D.**
**5953 Kilarney Manor**
**Clarence Center, NY 14032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1199 SEIU Regional Pension Fund**
**2421 Main Street**
**Suite 100**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,036.00** |
|---|---|---|---|

**Aaron Dautch Sternberg & Lawson**
**43 Court Street**
**730 Convention Tower**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,800.00** |
|---|---|---|---|

**Abbott Laboratories, Inc.**
**100 Abbott Park Road**
**North Chicago, IL 60064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abbott Nutrition**
**100 Abbott Park Road**
**North Chicago, IL 60064-6048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,573.90 |
|---|---|---|---|

**Ability Network Inc.**
**100 North 6th Street**
**Suite 900A**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACC Business**
**400 West Avenue**
**Rochester, NY 14611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.45 |
|---|---|---|---|

**Ace Mechanical Services LLC**
**4568 Bailey Avenue**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Advanced Medical Physics PLLC**
**840 Aero Drive, Suite 150**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,283.33 |
|---|---|---|---|

**Advanced Sterilization Products**
**33 Technology Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Advantage Flooring & Tile**
**2 Wendling Court**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.96 |
| --- | --- | --- | --- |
| | Aesculap<br>3773 Corporate Parkway<br>Center Valley, PA 18034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,260.00 |
| --- | --- | --- | --- |
| | Agility Health Inc.<br>6625 West 78th Street, Suite 300<br>Minneapolis, MN 55439 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,726.00 |
| --- | --- | --- | --- |
| | AHC Media LLC<br>PO Box 74008620<br>Chicago, IL 60674-8620 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.60 |
| --- | --- | --- | --- |
| | AIV Inc.<br>7485 Shipley Avenue<br>Harmans, MD 21077 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.90 |
| --- | --- | --- | --- |
| | Alco Sales & Service<br>6851 High Grove Boulevard<br>Willowbrook, IL 60527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,471.50 |
| --- | --- | --- | --- |
| | ALCON Laboratories, Inc.<br>6201 South Freeway<br>Fort Worth, TX 76134-2099 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0038 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.00 |
| --- | --- | --- | --- |
| | Alere Toxicology Services Inc.<br>1111 Newton Street<br>Gretna, LA 70053 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 27 of 104

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.77 |
|---|---|---|---|
| | Alimed Inc.<br>297 High Street<br>Dedham, MA 02026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,732.65 |
|---|---|---|---|
| | All State Fire Equipment of WNY<br>400 Mineral Springs Road<br>Buffalo, NY 14224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.00 |
|---|---|---|---|
| | Allosource<br>6278 South Troy Circle<br>Centennial, CO 80111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.47 |
|---|---|---|---|
| | Alpha Tec Systems Inc.<br>1311 SE Cardinal Court<br>Suite 170<br>Vancouver, WA 98683 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.70 |
|---|---|---|---|
| | Ambu Inc.<br>6230 Old Dobbin Lane, Suite 250<br>Columbia, MD 21045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | American IV<br>7485 Shipley Avenue<br>Harmans, MD 21077 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,808.23 |
|---|---|---|---|
| | American Red Cross<br>PO Box 33093<br>Newark, NJ 07188-0093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,837.50 |
|---|---|---|---|
| | **AMN Healthcare Inc.**<br>**2735 Collection Centre Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,790.98 |
|---|---|---|---|
| | **AMO Sales and Service Inc.**<br>**1700 East St. Andrew Place**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amwins Group Benefits Inc.**<br>**50 Whitecap Drive**<br>**North Kingstown, RI 02852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|
| | **AnyBattery Inc.**<br>**PO Box 312**<br>**Rosemount, MN 55068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,928.00 |
|---|---|---|---|
| | **Applied Medical**<br>**22872 Aventia Impressa**<br>**Rancho Santa Margarita, CA 92688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.11 |
|---|---|---|---|
| | **Applied Medical Technologies**<br>**8006 Katherine Boulevard**<br>**Brecksville, OH 44141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,996.00 |
|---|---|---|---|
| | **Argon Medical Devices**<br>**2600 Dallas Parkway, Suite 400**<br>**Frisco, TX 75034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,494.20 |
|---|---|---|---|
| | **Arjo Inc.** | ☐ Contingent | |
| | **2349 West Lake Street** | ☐ Unliquidated | |
| | **Addison, IL 60101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|
| | **Armored Access Inc.** | ☐ Contingent | |
| | **4429 Union Road** | ☐ Unliquidated | |
| | **Buffalo, NY 14225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $736.00 |
|---|---|---|---|
| | **Armstrong Medical Ind. Inc.** | ☐ Contingent | |
| | **575 Knightsbridge Parkway** | ☐ Unliquidated | |
| | **Lincolnshire, IL 60069-0700** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,737.16 |
|---|---|---|---|
| | **Arrow International Inc.** | ☐ Contingent | |
| | **2400 Bernville Road** | ☐ Unliquidated | |
| | **Reading, PA 19605** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,508.70 |
|---|---|---|---|
| | **Arthrex Inc.** | ☐ Contingent | |
| | **1370 Creekside Boulevard** | ☐ Unliquidated | |
| | **Naples, FL 34108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,088.80 |
|---|---|---|---|
| | **Ascend Capital** | ☐ Contingent | |
| | **1400 Industrial Way** | ☐ Unliquidated | |
| | **Redwood City, CA 94063** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.50 |
|---|---|---|---|
| | **ASR Systems Group Inc.** | ☐ Contingent | |
| | **100 Commerce Boulevard** | ☐ Unliquidated | |
| | **PO Box 728** | ☐ Disputed | |
| | **Liverpool, NY 13088-0728** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 30 of 104

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**Attn:  Legal Department**
**208 South Akard Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,372.00 |
|---|---|---|---|

**Atlas Health Care Linen Services Co., LL**
**dba Clarus Linen Systems**
**60 Grider Street**
**Buffalo, NY 14215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**Audiomedtric Technology**
**90 Earhart Drive, Suite 2**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.45 |
|---|---|---|---|

**Auditz LLC**
**33206 Collection Center Drive**
**Chicago, IL 60693-0331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $897.72 |
|---|---|---|---|

**Avanos Medical Inc.**
**5405 Windward Parkway**
**Suite 100 South**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.85 |
|---|---|---|---|

**Award Equipment Co. Inc.**
**1774 Brant Road**
**North Collins, NY 14111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,129.96 |
|---|---|---|---|

**B J Muirhead Co. Inc.**
**115 Mid County Drive**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bard Access Systems**<br>**605 North 4600 West**<br>**Salt Lake City, UT 84116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bard Medical Division**<br>**8195 Industrial Boulevard**<br>**Covington, GA 30014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bard Peripheral Vascular (IMPRA)**<br>**1625 West 3rd Street**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Barsuk, David**<br>**2337 Main Road**<br>**East Pembroke, NY 14056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,677.42 |
|---|---|---|---|
| | **Baxter Healthcare Corp.**<br>**PO Box 33037**<br>**Newark, NJ 07188-0037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,424.45 |
|---|---|---|---|
| | **Bayer Healthcare**<br>**1 Bayer Drive**<br>**Indianola, PA 15051-0780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.07 |
|---|---|---|---|
| | **Beatty Marketing & Sales, Inc.**<br>**9345 151st Avenue NE**<br>**Redmond, WA 98052-3515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.64 |
|---|---|---|---|

**Beaver Visitec International Inc.**
**500 Totten Pond Road**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.74 |
|---|---|---|---|

**Becton Dickinson**
**One Becton Drive**
**Franklin Lakes, NJ 07417**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,489.50 |
|---|---|---|---|

**Beekley Corporation**
**One Prestige Lane**
**Bristol, CT 06010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Beney, Christopher M.D. P.C.**
**77 Elizabeth Street**
**Lockport, NY 14094**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benistar**
**10 Tower Lane**
**Avon, CT 06001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $484.85 |
|---|---|---|---|

**Benoit Security Inc.**
**7736 West Somerset Road**
**Appleton, NY 14008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Best Buy Government and Education**
**7601 Penn Avenue S**
**Minneapolis, MN 55423**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 33 of 104

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHS Foodservice Solutions**
**375 Commerce Drive**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,183.21 |
|---|---|---|---|

**Bio-Rad Laboratories**
**9500 Meronimo Road**
**Irvine, CA 92618-2017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,482.50 |
|---|---|---|---|

**BioServ**
**10 Gramar Avenue**
**Prospect, CT 06712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Biotek Services Inc.**
**5310 South Laburnum Avenue**
**Henrico, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,982.50 |
|---|---|---|---|

**Blackburn's Specialty Products**
**301 Corbett Street**
**Tarentum, PA 15084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blue Cross Blue Shield of WNY**
**Senior Blue**
**PO Box 644362**
**Pittsburgh, PA 15264-4362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,074.55 |
|---|---|---|---|

**Bond, Schoeneck & King PLLC**
**200 Delaware Avenue, Suite 900**
**Buffalo, NY 14202-2107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253,339.68 |
|------|---|---|---|

**Boston Scientific Corporation**
**100 Boston Scientific Way**
**Marlborough, MA 01752**

Date(s) debt was incurred _
Last 4 digits of account number _4638_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Boulevard Produce**
**655 Young Street**
**Tonawanda, NY 14150**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,816.43 |
|------|---|---|---|

**Bracco Diagnostics Inc.**
**259 Prospect Plains Road, Bldg H**
**Monroe Township, NJ 08831**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,709.97 |
|------|---|---|---|

**Bridgehead Software Inc.**
**400 West Cummings Park**
**Suite 6050**
**Woburn, MA 01801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.44 |
|------|---|---|---|

**Brightview Radiology**
**210 West 101st Street, #10C**
**New York, NY 10025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.50 |
|------|---|---|---|

**BSC Medical**
**200 Fifth Avenue, Suite 3020**
**Waltham, MA 02451**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|------|---|---|---|

**Buffalo Alarm Inc.**
**1325 Millersport Highway**
**Suite 109**
**Buffalo, NY 14221**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 35 of 104

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $509.49 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Buffalo Expert Service Tech.**
**3003 Genesee Street**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,444.41 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Buffalo Hospital Supply**
**4039 Genesee Street**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.41 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|--------|

**Buffalo Hotel Supply**
**PO Box 646**
**Buffalo, NY 14226-0646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,091.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Buffalo Pharmacies**
**1479 Kensington Street**
**Buffalo, NY 14215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,235.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Buffalo Protection & Investigation**
**603 Division Street, Suite 30**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,844.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**Buffalo Synapse Support LLC**
**609 Ridge Road**
**Buffalo, NY 14218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Building Specialties (L&W Supply)**
**380 Dick Road**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.30 |
|---|---|---|---|

**Byrne Dairy, Inc.**
**2394 U.S. Route 11**
**La Fayette, NY 13084-0176**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,315.62 |
|---|---|---|---|

**Cafora's**
**2885 Main Street**
**Newfane, NY 14108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canon Financial Services, Inc.**
**158 Gaither Drive**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,912.88 |
|---|---|---|---|

**CaptureNet**
**4835 East Cactus Road**
**Suite 430**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.00 |
|---|---|---|---|

**CardiacDirect**
**5963 Olivas Park Drive**
**Suite F**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,281.65 |
|---|---|---|---|

**Cardinal Health**
**PO Box 13862**
**Newark, NJ 07188-0862**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152,608.84 |
|---|---|---|---|

**Cardinal Health - Syracuse Division**
**6012 Molloy Road**
**Syracuse, NY 13211-4864**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17, Description: Main Document , Page 37 of 104

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,141.65 |
| --- | --- | --- | --- |

**Cardinal Health Optifrieght**
PO Box 13862
Newark, NJ 07188

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,743.10 |
| --- | --- | --- | --- |

**Carestream Health Inc.**
150 Verona Street
Rochester, NY 14608

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.50 |
| --- | --- | --- | --- |

**Cash Register Sales Services**
2501 Union Road
Buffalo, NY 14227

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,854.61 |
| --- | --- | --- | --- |

**CBCS**
PO Box 2724
Columbus, OH 43216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $932.30 |
| --- | --- | --- | --- |

**CDW Government Inc.**
200 N Milwaukee Avenue
Vernon Hills, IL 60061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,208.50 |
| --- | --- | --- | --- |

**Change Healthcare Technology**
5994 Windward Parkway
Alpharetta, GA 30005

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,854.46 |
| --- | --- | --- | --- |

**Chem-Aqua**
PO Box 152170
Irving, TX 75015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,700.00 |
|---|---|---|---|
| | **Choice Spine**<br>**400 Erin Drive**<br>**Knoxville, TN 37919** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,863.77 |
|---|---|---|---|
| | **Cicero Consulting Associates**<br>**925 Westchester Avenue, Suite 201**<br>**White Plains, NY 10604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,263.50 |
|---|---|---|---|
| | **Cincinnati Sub Zero**<br>**12011 Mosteller Road**<br>**Cincinnati, OH 45241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **City of Lockport Treasurer**<br>**One Locks Plaza**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304,275.76 |
|---|---|---|---|
| | **Clark Patterson Lee**<br>**205 St. Paul Street, Suite 500**<br>**Rochester, NY 14604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  3088 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,058.45 |
|---|---|---|---|
| | **Clean Textiles Systems LP**<br>**40 51st Street**<br>**Pittsburgh, PA 15201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|
| | **Clerk, M.D., Harnath**<br>**2610 Williams Street**<br>**Newfane, NY 14108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 39 of 104

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,954.00 |
|---|---|---|---|

**Clinical Equipment Services CNY**
8417 Oswego Road
Baldwinsville, NY 13027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,635.50 |
|---|---|---|---|

**Community Computer Service Inc.**
15 Hulbert Street
Auburn, NY 13021

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,322.50 |
|---|---|---|---|

**Conjerti Moving Co LLC**
4536 Kayner Road
Gasport, NY 14067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,841.88 |
|---|---|---|---|

**Conmed Corporation**
525 French Road
Utica, NY 13502

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,145.30 |
|---|---|---|---|

**Connect Life**
4444 Bryant and Stratton Way
Buffalo, NY 14221

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,351.71 |
|---|---|---|---|

**Cook Medical Incorporated**
750 North Daniels Way
Bloomington, IN 47404

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.39 |
|---|---|---|---|

**Coopersurgical**
95 Corporate Drive
Trumbull, CT 06611

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 40 of 104

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | $2,739.02 |

**Core Sound Imaging Inc.**
**7000 Six Forks Road**
**Suite 102**
**Raleigh, NC 27615**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | $5,853,436.00 |

**Cornerstone Community FCU**
**6485 South Transit Road**
**Lockport, NY 14094**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | $1,719.64 |

**Covidien LP**
**Attn: Debra M. Ford**
**15 Hampshire Street**
**Mansfield, MA 02048**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9916**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | $5,473.88 |

**CR Bard**
**8195 Industrial Boulevard**
**Covington, GA 30014**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | $26,414.89 |

**CR Bard**
**100 Crossings Boulevard**
**Warwick, RI 02886**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | $720.00 |

**CR Bard**
**605 North 5600 West**
**Salt Lake City, UT 84116**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | $5,657.05 |

**CR Bard**
**1415 West 3rd Street**
**Tempe, AZ 85281**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

CRS Nuclear Services LLC
840 Aero Drive, Suite 150
Buffalo, NY 14225

Date(s) debt was incurred _

Last 4 digits of account number  1025

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$137,133.40**

---

**3.117** Nonpriority creditor's name and mailing address

Crystal Rock
6750 Discovery Boulevard
Mableton, GA 30126

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$210.48**

---

**3.118** Nonpriority creditor's name and mailing address

Culligan Water Conditioning
31 Lewis Road
Akron, NY 14001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$492.50**

---

**3.119** Nonpriority creditor's name and mailing address

Cummins Northeast
700 Aero Drive
Buffalo, NY 14225

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,975.12**

---

**3.120** Nonpriority creditor's name and mailing address

Davis-Ulmer Sprinkler Co.
Attn:  Dennis Metz
One Commerce Drive
Buffalo, NY 14228-2395

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,164.06**

---

**3.121** Nonpriority creditor's name and mailing address

Davol
100 Crossings Boulevard
Warwick, RI 02886

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.122** Nonpriority creditor's name and mailing address

DB Pension Plan
c/o Eastern Niagara Hospital
521 East Avenue
Lockport, NY 14094

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24,202,691.00**

---

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 42 of 104

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.50 |
|---|---|---|---|

**De Soutter Medical USA Inc.**
224 Rolling Hill Road
Suite 12A
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,269.00 |
|---|---|---|---|

**Depuy Inc.**
5972 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.46 |
|---|---|---|---|

**Dex Media**
2200 West Airfield Drive
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.57 |
|---|---|---|---|

**Diagnostic Solutions**
11343 Bloom Road
Garrettsville, OH 44231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,119.87 |
|---|---|---|---|

**Diamond Healthcare Communications**
231318 Momentum Place
Chicago, IL 60689-5311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Direct Energy Business**
Attn:  Customer Relations
1001 Liberty Avenue
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Diversatek Healthcare Inc.**
102 East Keefe Avenue
Milwaukee, WI 53212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,383.75 |
|---|---|---|---|

**Diversified Services**
**2900 Delaware Avenue**
**Buffalo, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,176.24 |
|---|---|---|---|

**Dobmeier Janitor Supply Inc.**
**354 Englewood Avenue**
**Buffalo, NY 14223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,371.48 |
|---|---|---|---|

**Draeger Inc.**
**3135 Quarry Road**
**Telford, PA 18969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,875.00 |
|---|---|---|---|

**DrFirst.com Inc.**
**9420 Key West Avenue**
**Suite 230**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,987.81 |
|---|---|---|---|

**Dutch Opthalmic USA**
**10 Continental Drive Bldg 1**
**Exeter, NH 03833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.16 |
|---|---|---|---|

**E&L Repair**
**5998 Walnut Street**
**Newfane, NY 14108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,833.34 |
|---|---|---|---|

**Eastern Great Lakes Pathology**
**20 Northpointe Parkway, Suite 100**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eastern Niagara Hospital Inc. Petty Cash**
**521 East Avenue**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,188.89 |
|---|---|---|---|

**Eastern Niagara Medical Group PC**
**534 Main Street**
**Medina, NY 14103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,727.24 |
|---|---|---|---|

**Eastern Niagara Svcs Organization**
**5875 Transit Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.04 |
|---|---|---|---|

**Eastern Vacuum and Compressor Svcs**
**4500 Middle Cheshire Boulevard**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.62 |
|---|---|---|---|

**Ecolab HCS/Microtek Medical**
**PO Box 911633**
**Dallas, TX 75391-1633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $973.56 |
|---|---|---|---|

**EcoLab Institutional**
**1 Ecolab Place**
**Saint Paul, MN 55102-2233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,996.34 |
|---|---|---|---|

**Ehrlich Co. Inc.**
**505 Duke Road, Suite 300**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.95 |
|---|---|---|---|

**EM Cahill Company Inc.**
**519 South Wilber Avenue**
**Syracuse, NY 13204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMC Corporation**
**176 South Street**
**Hopkinton, MA 01748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 |
|---|---|---|---|

**EMSL Analytical Inc.**
**200 Route 130 North**
**Cinnaminson, NJ 08077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,050.00 |
|---|---|---|---|

**Engage It**
**1801 Lind Avenue SW**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.25 |
|---|---|---|---|

**Environmental Services Group (NY)**
**177 Wales Avenue**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,478.08 |
|---|---|---|---|

**Erie County Medical Center**
**462 Grider Street**
**Buffalo, NY 14215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ESCAN**
**33206 Collection Center Drive**
**Chicago, IL 60693-0331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Esolutions**
WS#165
PO Box 414378
Kansas City, MO 64141-4378

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evans Bank, N.A.**
1 Grimsby Drive
Hamburg, NY 14075

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,565.61 |
|---|---|---|---|

**Evoqua Water Technologies LLC**
Attn:  Legal Department
210 Sixth Avenue, Suite 3300
Pittsburgh, PA 15222

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.85 |
|---|---|---|---|

**Federal Express Co.**
2352 Delaware Avenue
Buffalo, NY 14216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,044.45 |
|---|---|---|---|

**FFF Enterprises**
44000 Winchester Road
Temecula, CA 92590

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,062.00 |
|---|---|---|---|

**Fibertech Medical USA LLC**
1533 Monument Street
Concord, MA 01742-5325

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,255.84 |
|---|---|---|---|

**Fisher Healthcare**
4500 Turnberry Drive
Hanover Park, IL 60133

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
| --- | --- | --- | --- |
| | Flaschner, M.D., Steven<br>770 Davison Road<br>Lockport, NY 14094 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
| --- | --- | --- | --- |
| | Flex Operating Room LLC<br>1175 Pittsford Victor Road<br>Suite 140<br>Pittsford, NY 14534 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.99 |
| --- | --- | --- | --- |
| | Flint Brothers<br>2769 Main Street<br>Newfane, NY 14108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,889.00 |
| --- | --- | --- | --- |
| | Fortec Litho NY, LLC<br>6245 Hudson Crossing Parkway<br>Hudson, OH 44236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.47 |
| --- | --- | --- | --- |
| | Fresenius Kabi LLC<br>25476 Network Place<br>Chicago, IL 60673-1254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,888.53 |
| --- | --- | --- | --- |
| | Fresenius USA Marketing Inc.<br>920 Winter Street<br>Waltham, MA 02451-1457 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
| --- | --- | --- | --- |
| | Freudenberg Medical LLC<br>1110 Mark Avenue<br>Carpinteria, CA 93013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17, Description: Main Document , Page 48 of 104

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,420.00 |
|---|---|---|---|
| | FTS Management Inc.<br>7475 N Clare Avenue<br>PO Box 800<br>Harrison, MI 48625 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,596.74 |
|---|---|---|---|
| | Garfunkel Wild PLC<br>111 Great Neck Road<br>Great Neck, NY 11021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,749.26 |
|---|---|---|---|
| | GE Precision Healthcare LLC<br>3000 North Grandview Boulevard<br>Waukesha, WI 53188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,150.80 |
|---|---|---|---|
| | Gerster Trane (Trane USA Inc.)<br>45 Earhart Drive<br>Suite 103<br>Buffalo, NY 14221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.39 |
|---|---|---|---|
| | Getinge USA Sales LLC<br>45 Barbour Pond Drive<br>Wayne, NJ 07470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.00 |
|---|---|---|---|
| | GI Supply<br>5069 Ritter Road, Suite 104<br>Mechanicsburg, PA 17055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,512.49 |
|---|---|---|---|
| | Gorenflo's Buffalo Wholesale Lock<br>1349 Main Street<br>Buffalo, NY 14209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,307.54 |
|---|---|---|---|

**Grainger Inc.**
**50 McKesson Parkway**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,004.94 |
|---|---|---|---|

**Great Lakes Medical Imaging LLC**
**199 Park Club Lane, Suite 300**
**Williamsville, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Great Lakes Surgical Inc.**
**14200 W Greenfield Avenue**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guardian**
**10 Hudson Yards**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.25 |
|---|---|---|---|

**Hardy Diagnostics**
**1430 W McCoy Lane**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Haroon, M.D., Muneeb**
**822 Davison Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Harris Beach PLLC**
**99 Garnsey Road**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document , Page 50 of 104

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
| --- | --- | --- | --- |

**Health Care Logistics, Inc.**
PO Box 25
Circleville, OH 43113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.88 |
| --- | --- | --- | --- |

**Health Care Technology**
200 Butterfield Drive
Ashland, MA 01721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,540.00 |
| --- | --- | --- | --- |

**Health Facility Assessment Fund**
PO Box 4757
Syracuse, NY 13221-4757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
| --- | --- | --- | --- |

**Health System Services**
6867 Williams Road
Niagara Falls, NY 14304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,509.43 |
| --- | --- | --- | --- |

**Healthcare Association NYS Inc.**
PO Box 5535 GPO
New York, NY 10087-5535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.90 |
| --- | --- | --- | --- |

**Healthmark Industries**
18600 Malyn Boulevard
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.17 |
| --- | --- | --- | --- |

**Herschell, Suzanne**
**dba Herschell Medical Transcription Svc**
338 Brooksboro Drive
Webster, NY 14580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 51 of 104

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,562.00 |
|---|---|---|---|
| | **Hologic Limited Partnership**<br>**250 Campus Drive**<br>**Marlborough, MA 01752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.79 |
|---|---|---|---|
| | **Home Depot Credit Services**<br>**250 Campus Drive**<br>**Marlborough, MA 01752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,242.56 |
|---|---|---|---|
| | **Hoot LLC**<br>**54 Bridlewood Drive**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $743.00 |
|---|---|---|---|
| | **Hovertech**<br>**4482 Innovation Way**<br>**Allentown, PA 18109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|
| | **Howard P. Schultz & Associates**<br>**4 Centre Drive**<br>**Orchard Park, NY 14127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HSBC Business Solutions**<br>**PO Box 5229**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.00 |
|---|---|---|---|
| | **ICAD Inc.**<br>**98 Spitbrook Road**<br>**Suite 100**<br>**Nashua, NH 03062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,848.72 |
|---|---|---|---|

**Immucor Inc.**
3130 Gateway Drive
Norcross, GA 30091-5625

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,744.00 |
|---|---|---|---|

**Imperial Door Controls Inc.**
85 Oriskany Drive
Tonawanda, NY 14150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Independent Health Association**
**Dept 264**
**PO Box 8000**
**Buffalo, NY 14267-0002**

Date(s) debt was incurred _

Last 4 digits of account number   0557

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,590.00 |
|---|---|---|---|

**Infusystem**
11130 Strang Line Road
Lenexa, KS 66215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Inhealth Technologies**
1110 Mark Avenue
Carpinteria, CA 93013-2918

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Inland Northwest Health Services Inc.**
601 West 1st Avenue
Spokane, WA 99201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,293.00 |
|---|---|---|---|

**Innovative Blood Resources**
CB-0008, PO Box 1164
Minneapolis, MN 55480-1164

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,354.68 |
|---|---|---|---|

**Integra Lifesciences Corp**
**311 Enterprise Drive**
**Plainsboro, NJ 08536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,354.68

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Interface People**
**2274 Rockbrook Drive**
**Lewisville, TX 75067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,900.00

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,888.68 |
|---|---|---|---|

**Interstate All Battery Center**
**7808 Transit Road**
**Buffalo, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,888.68

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,588.95 |
|---|---|---|---|

**Intuitive Surgical Inc.**
**1266 Kifer Road**
**Sunnvale, CA 94086-5206**

Date(s) debt was incurred _

Last 4 digits of account number  **2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$119,588.95

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,043.63 |
|---|---|---|---|

**Island Fox Inc. dba Health Wear of WNY**
**3 Peuquet Parkway**
**Tonawanda, NY 14150-2413**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,043.63

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,090.07 |
|---|---|---|---|

**J & J Health Care Systems**
**425 Hoes Lane**
**Piscataway, NJ 08855-6800**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$62,090.07

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,836.63 |
|---|---|---|---|

**J.H. Dodman Meat Co.**
**116 Michigan Avenue**
**Buffalo, NY 14204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,836.63

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.95 |
|---|---|---|---|

**J.J. Keller & Associates Inc.**
PO Box 6609
Carol Stream, IL 60197-6609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.17 |
|---|---|---|---|

**Jacob Kern and Sons Inc.**
56 Nicholls Street
Lockport, NY 14094

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Jehrio, M.D. P.C., Gregory T.**
52 Bonner Drive
Lockport, NY 14094

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,545.00 |
|---|---|---|---|

**John W. Danforth Co.**
300 Colvin Woods Parkway
Tonawanda, NY 14150

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,550.85 |
|---|---|---|---|

**Johnston Paper Co. Inc.**
2 Eagle Drive
Auburn, NY 13021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.00 |
|---|---|---|---|

**Joseph Glickman & Associates**
94 Broadmoor Drive
Tonawanda, NY 14150

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286,656.00 |
|---|---|---|---|

**Kaleida Health Dept of Finance**
726 Exchange Street
Suite 200
Buffalo, NY 14210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,561.68 |
| --- | --- | --- | --- |

**Kaleida Health Patient**
726 Exchange Street, Suite 300
Buffalo, NY 14210

Date(s) debt was incurred __

Last 4 digits of account number  0751

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,074.75 |
| --- | --- | --- | --- |

**Karl Storz Endoscopy American**
91 Carpenter Hill Road
Charlton, MA 01507

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,008.34 |
| --- | --- | --- | --- |

**KCI USA**
PO Box 301557
Dallas, TX 75303-1557

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,368.20 |
| --- | --- | --- | --- |

**Keystone Medical Services NY, PC**
**Crescent Center**
6075 Poplar Avenue, Suite 401
Memphis, TN 38119

Date(s) debt was incurred __

Last 4 digits of account number  0538

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.50 |
| --- | --- | --- | --- |

**Kirwan Surgical**
180 Enterprise Drive
Marshfield, MA 02050

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,555.45 |
| --- | --- | --- | --- |

**Koester Associates Inc.**
3101 Seneca Turnpike
Canastota, NY 13032

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.47 |
| --- | --- | --- | --- |

**Korff Electric, Inc.**
60 Market Street
Lockport, NY 14094

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 56 of 104

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $605.30 |
|---|---|---|---|

**L&W Supply Corporation**
**380 Dick Road**
**Depew, NY 14043-1817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122,256.90 |
|---|---|---|---|

**Laboratory Corp America Holdings**
**PO Box 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.26 |
|---|---|---|---|

**Language Services Associates**
**455 Business Center Drive**
**Suite 100**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,163.00 |
|---|---|---|---|

**Laser Solutions**
**6700 Lincoln Avenue**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,007.31 |
|---|---|---|---|

**Latina Boulevard Foods, LLC**
**1 Scrivner Drive**
**Buffalo, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,593.92 |
|---|---|---|---|

**Lawns Unlimited Landscaping**
**2344 Hess Road**
**Appleton, NY 14008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Life Gas**
**10 Arrowhead Lane**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.61 |
|---|---|---|---|

**Life Instrument Corporation**
**91 French Avenue**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,665.82 |
|---|---|---|---|

**Lifenet Health**
**385 North French Road, Suite 100**
**Buffalo, NY 14228-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,398.63 |
|---|---|---|---|

**Linde LLC dba Linde Gas North America**
**200 Somerset Boulevard**
**Bridgewater, NJ 08807-2862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.23 |
|---|---|---|---|

**Lineage**
**385 North French Road**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.84 |
|---|---|---|---|

**Linstar Inc.**
**430 Lawrence Bell Drive**
**Buffalo, NY 14221-7085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680.00 |
|---|---|---|---|

**Localedge**
**1945 Sheridan Drive**
**Buffalo, NY 14223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.28 |
|---|---|---|---|

**Lockport Journal**
**135 Main Street**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
| --- | --- | --- | --- |
| | **Lopez, Philip M.D. / MRO Express**<br>**3501 SW 185th Avenue**<br>**Hollywood, FL 33029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
| --- | --- | --- | --- |
| | **LSA Video Inc.**<br>**455 Business Center Drive**<br>**Suite 100**<br>**Horsham, PA 19044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.00 |
| --- | --- | --- | --- |
| | **M Carter Decor / Abbey Carpet**<br>**360 West Avenue**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,889.57 |
| --- | --- | --- | --- |
| | **Macro Helix LLC**<br>**PO Box 742256**<br>**Atlanta, GA 30374-2256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,769.00 |
| --- | --- | --- | --- |
| | **Mader Construction**<br>**970 Bullis Road**<br>**PO Box 420**<br>**Elma, NY 14059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
| --- | --- | --- | --- |
| | **Mainline Medical, Inc.**<br>**2710 Northridge Drive NW**<br>**Suite B**<br>**Grand Rapids, MI 49544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,137.81 |
| --- | --- | --- | --- |
| | **Mar Cor Purification**<br>**4450 Township Line Road**<br>**PO Box 1429**<br>**Skippack, PA 19474-1429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,024.90** |
| --- | --- | --- | --- |
| | **Marketlab Inc.**<br>**6850 Southbelt Drive SE**<br>**Caledonia, MI 49316-7680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,794.00** |
| --- | --- | --- | --- |
| | **Masimo**<br>**40 Parker**<br>**Irvine, CA 92618-1604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,555.00** |
| --- | --- | --- | --- |
| | **MaxMD**<br>**2200 Fletcher Avenue, Suite 506**<br>**Fort Lee, NJ 07024-5063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128,017.22** |
| --- | --- | --- | --- |
| | **McKesson Medical-Surgical Inc.**<br>**9954 Mayland Drive, Suite 4000**<br>**Henrico, VA 23228-1484** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$374.05** |
| --- | --- | --- | --- |
| | **McMaster-Carr Supply Co.**<br>**PO Box 94930**<br>**Cleveland, OH 44101-4930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$518.00** |
| --- | --- | --- | --- |
| | **Med-Label**<br>**4 Briarhurst Drive**<br>**Flanders, NJ 07836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,548.84** |
| --- | --- | --- | --- |
| | **Medcom Solutions Inc.**<br>**1010 Ohio River Boulevard**<br>**Suite 200**<br>**Pittsburgh, PA 15202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 60 of 104

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,104.37 |
|---|---|---|---|

**Medi-Dose Inc.**
**70 Industrial Drive**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,196.00 |
|---|---|---|---|

**Media Displays Inc.**
**109 S Main Street, Box 434**
**Harrisville, PA 16038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,348.00 |
|---|---|---|---|

**Medical Information Technology, Inc.**
**1 Meditech Circle**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566.00 |
|---|---|---|---|

**Medical Liability Mutual**
**8 British American Boulevard**
**Latham, NY 12110-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,036.46 |
|---|---|---|---|

**Medivators Incorporated**
**14605 28th Avenue North**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,932.06 |
|---|---|---|---|

**Medline Industries Inc.**
**One Medline Place**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,199.54 |
|---|---|---|---|

**Medtox Laboratories Inc.**
**402 West Country Road D**
**Saint Paul, MN 55112-3597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,800.00** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Medtronic**<br>**710 Medtronic Parkway**<br>**Minneapolis, MN 55432-5604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Memorial Blood Centers**<br>**737 Pelham Boulevard**<br>**Saint Paul, MN 55114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,688.75** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Mercy Flight Inc.**<br>**PO Box 535**<br>**Baldwinsville, NY 13027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,632.45** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Merit Medical Systems Inc.**<br>**1600 West Merit Parkway**<br>**South Jordan, UT 84095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,549.14** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Merry X-Ray Inc.**<br>**8020 Tyler Boulevard**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,971.18** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Messer North America**<br>**200 Somerset Corporate Boulevard**<br>**Suite 7000**<br>**Bridgewater, NJ 08807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,406.50** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Metrodata Inc.**<br>**403 Main Street, Suite 624**<br>**Buffalo, NY 14203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 62 of 104

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,135.10 |
|---|---|---|---|

**Micro Focus Software Inc.**
PO Box 641025
Pittsburgh, PA 15264-1025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.00 |
|---|---|---|---|

**Micro-Aire**
2400 Austin Drive
Charlottesville, VA 22911

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,219.00 |
|---|---|---|---|

**Microsurgical Technology**
8415 154 Avenue NE
Redmond, WA 98052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Microtek Medical Inc.**
PO Box 2487
Columbus, MS 39704-2487

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Midland States Bank**
7700 Bonhomme Avenue, Suite 300
Saint Louis, MO 63105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,251.82 |
|---|---|---|---|

**Midstate Bakery Distributors, Inc.**
PO Box 23354
Rochester, NY 14692

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,106.25 |
|---|---|---|---|

**Milligray & Associates**
2141 Williston Heights
Marilla, NY 14102-9717

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,538.24 |
|---|---|---|---|

**Mindray Capital**
**PO Box 24245**
**Seattle, WA 98124-0245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,377.22 |
|---|---|---|---|

**Mindray DS USA Inc.**
**1300 MacArthur Boulevard**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $813.50 |
|---|---|---|---|

**Mirion Technologies Inc.**
**PO Box 19536**
**Irvine, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,760.00 |
|---|---|---|---|

**Misonix Inc.**
**1938 New Highway**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,629.50 |
|---|---|---|---|

**MJ Mechanical Services, Inc.**
**95 Pirson Parkway**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Mobile Digital Imaging**
**2795 Genesee Street**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,918.94 |
|---|---|---|---|

**Modern Disposal Services, Inc.**
**PO Box 209**
**Model City, NY 14107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,958.26 |
|---|---|---|---|

**3.277** Nonpriority creditor's name and mailing address

Mohawk Hospital Equipment Inc.
335 Columbia Street
Utica, NY 13503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,958.26**

---

**3.278** Nonpriority creditor's name and mailing address

Montondo's Seafood Inc.
201 East Avenue
Lockport, NY 14094

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,749.21**

---

**3.279** Nonpriority creditor's name and mailing address

Mortan Inc.
PO Box 8719
Missoula, MT 59807

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$312.75**

---

**3.280** Nonpriority creditor's name and mailing address

Murphy TV & Appliances
6300 South Transit Road
Lockport, NY 14094

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.281** Nonpriority creditor's name and mailing address

Musculoskeletal Transplant Foundation
125 May Street, Suite 300
Edison, NJ 08837

Date(s) debt was incurred _
Last 4 digits of account number  4950

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$467,480.00**

---

**3.282** Nonpriority creditor's name and mailing address

MYCO Instrumentation Inc.
21507 State Route 410E
Suite B
Bonney Lake, WA 98391

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.283** Nonpriority creditor's name and mailing address

National Grid
PO Box 11742
Newark, NJ 07101-4742

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document , Page 65 of 104

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,418.14** |
|---|---|---|---|

**NCB Medical Coding Specialists Inc.**
**8975 Main Street**
**Clarence, NY 14031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,887.50** |
|---|---|---|---|

**New England Medical Specialists**
**PO Box 329**
**354 Old Whitfield Street**
**Guilford, CT 06437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**New York State Electric & Gas Corp.**
**Attn: Legal Department**
**18 Link Drive**
**Binghamton, NY 13904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.41** |
|---|---|---|---|

**Newcomer Supply**
**2505 Parview Road**
**Hayesville, IA 52562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,062.50** |
|---|---|---|---|

**Niagara Falls Memorial Med Centre**
**621 Tenth Street**
**Niagara Falls, NY 14302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127.54** |
|---|---|---|---|

**Niagara Frontier Equipment Sales**
**4060 Lake Avenue**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,203.60** |
|---|---|---|---|

**Niagara Gazette**
**473 Third Street**
**Niagara Falls, NY 14301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 66 of 104

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,726.56 |
| --- | --- | --- | --- |

**3.291**

**Nonpriority creditor's name and mailing address**

Northwest
PO Box 6818
Carol Stream, IL 60197-6818

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,726.56**

---

**3.292**

**Nonpriority creditor's name and mailing address**

Nuance Communications
One Wayside Drive
Burlington, MA 01803

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,690.60**

---

**3.293**

**Nonpriority creditor's name and mailing address**

NY Imaging
1 D'Alfonso Road
Newburgh, NY 12550

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,051.88**

---

**3.294**

**Nonpriority creditor's name and mailing address**

NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295**

**Nonpriority creditor's name and mailing address**

Ohio Medical Corporation
1111 Lakeside Drive
Gurnee, IL 60031-4099

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,380.00**

---

**3.296**

**Nonpriority creditor's name and mailing address**

Olympus America Inc.
Attn: Legal Department
350 Corporate Parkway
Center Valley, PA 18034-0610

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,484.02**

---

**3.297**

**Nonpriority creditor's name and mailing address**

Omnicell Inc.
509 East Middlefield Road
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,192.00**

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17, Description: Main Document , Page 67 of 104

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,888.77 |
| --- | --- | --- | --- |
| | Optum360/UHC<br>11000 Optum Circle<br>Eden Prairie, MN 55344 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
| --- | --- | --- | --- |
| | Organogenesis Inc.<br>150 Dan Road<br>Canton, MA 02021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,813.50 |
| --- | --- | --- | --- |
| | Ortho Clinical Diagnostic<br>100 Inigo Creek<br>Rochester, NY 14626-0871 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.59 |
| --- | --- | --- | --- |
| | Ozark Biomedical, LLC<br>1001 Commerce Place<br>Beebe, AR 72012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,599.97 |
| --- | --- | --- | --- |
| | Pacific Medical Supply<br>Attn: Accounts Receivable<br>212 Avenida Fabricante<br>San Clemente, CA 92672 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.60 |
| --- | --- | --- | --- |
| | Pal, Amandeep M.D.<br>210 Golden Pheasant Drive<br>Getzville, NY 14068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,943.00 |
| --- | --- | --- | --- |
| | Pandion Optimization Alliance<br>3445 Winton Place, Suite 222<br>Rochester, NY 14623-2950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.55 |
|---|---|---|---|

**Paper Direct, Inc.**
**4875 White Bear Parkway**
**Saint Paul, MN 55110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,750.00 |
|---|---|---|---|

**Paradigm Spine LLC**
**505 Park Avenue, 14th Floor**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number  2616

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,385.70 |
|---|---|---|---|

**Partsource, LLC**
**777 Lena Drive**
**Aurora, OH 44202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patterson Medical**
**n/k/a Performance Health Supply, Inc.**
**28100 Torch Parkway, Suite 700**
**Warrenville, IL 60555-3938**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.52 |
|---|---|---|---|

**PC Connection Inc.**
**730 Milford Road**
**Merrimack, NH 03054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Pediatric Cardiology Assoc. of WNY**
**936 Delaware Avenue, Suite 100**
**Buffalo, NY 14209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Pentax Medical Company**
**3 Paragon Drive**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,555.62 |
|---|---|---|---|

**Pepsi-Cola Company**
**700 Anderson Hill Road**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.95 |
|---|---|---|---|

**Performance Health**
**28100 Torch Parkway, Suite 700**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.92 |
|---|---|---|---|

**Pfizer Inc.**
**PO Box 417510**
**Boston, MA 02241-7510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,084.00 |
|---|---|---|---|

**PFM Medical Inc.**
**1916 Palomar Oaks Way**
**Suite 150**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,018.08 |
|---|---|---|---|

**Philips Healthcare**
**3000 Minuteman Road, MS0400**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Physician's Record Co.**
**3000 S Ridgeland Avenue**
**Berwyn, IL 60402-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.10 |
|---|---|---|---|

**Plumb-Master, Inc.**
**51 Lacrue Avenue**
**Glen Mills, PA 19342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689,092.00 |
| --- | --- | --- | --- |
| | **PMAIC**<br>**380 Sentry Parkway**<br>**PO Box 3031**<br>**Blue Bell, PA 19422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **PNCEF, LLC dba PNC Equipment Finance**<br>**995 dalton Avenue**<br>**Cincinnati, OH 45203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.28 |
| --- | --- | --- | --- |
| | **Pooley Inc.**<br>**196 Vulcan Street**<br>**Buffalo, NY 14207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.08 |
| --- | --- | --- | --- |
| | **Posey Company**<br>**5635 Peck Road**<br>**Arcadia, CA 91006-0020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.50 |
| --- | --- | --- | --- |
| | **Povinelli Cutlery**<br>**3810 Union Road**<br>**Buffalo, NY 14225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,119.79 |
| --- | --- | --- | --- |
| | **Precision Dynamics Corporation**<br>**27770 N Entertainment Drive**<br>**Suite 200**<br>**Valencia, CA 91355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,306.05 |
| --- | --- | --- | --- |
| | **Press, Ganey Associates, Inc.**<br>**Box 88335**<br>**Milwaukee, WI 53288-0335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.50 |
| --- | --- | --- | --- |
| | **Psychemedics Corporation**<br>**PO Box 4163**<br>**Woburn, MA 01888-4163** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,771.00 |
| --- | --- | --- | --- |
| | **Public Goods Pool**<br>**PO Box 4757**<br>**Syracuse, NY 13221-4757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,836.00 |
| --- | --- | --- | --- |
| | **Public Goods Pool**<br>**PO Box 4757**<br>**Syracuse, NY 13221-4757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.60 |
| --- | --- | --- | --- |
| | **Quality Plus Inc.**<br>**60 Lawrence Bell Drive**<br>**Buffalo, NY 14221-7074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,093.39 |
| --- | --- | --- | --- |
| | **Quest Diagnostics**<br>**PO Box 740709**<br>**Atlanta, GA 30374-0709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,263.97 |
| --- | --- | --- | --- |
| | **Refund Insurance**<br>**c/o Eastern Niagara Hospital**<br>**521 East Avenue**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.01 |
| --- | --- | --- | --- |
| | **Refund Medent Patient**<br>**c/o Eastern Niagara Hospital**<br>**521 East Avenue**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,220.71 |
|---|---|---|---|
| | **Refund Patient**<br>**c/o Eastern Niagara Hospital**<br>**421 East Avenue**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,935.25 |
|---|---|---|---|
| | **Rel Comm Inc.**<br>**250 Cumberland Street**<br>**Suite 214**<br>**Rochester, NY 14605-2801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.00 |
|---|---|---|---|
| | **Reliant Medical Equipment**<br>**3807 Harlem Road**<br>**Buffalo, NY 14215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,331.92 |
|---|---|---|---|
| | **Relias LLC**<br>**PO Box 74008620**<br>**Chicago, IL 60674-8620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Revint Solutions**<br>**6 Hillman Drive**<br>**Suite 100**<br>**Chadds Ford, PA 19317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,505.75 |
|---|---|---|---|
| | **Ronco Specialized Systems Inc.**<br>**84 Grand Island Boulevard**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.82 |
|---|---|---|---|
| | **RR Donnelley**<br>**300 Lang Road**<br>**Grand Island, NY 14072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17,
Description: Main Document , Page 73 of 104

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.80 |
|---|---|---|---|

**Russ Medical Specialties**
PO Box 997
Wilmington, NC 28402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,167.12 |
|---|---|---|---|

**S & S Worldwide Inc.**
PO Box 513
Colchester, CT 06415-0513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,241.92 |
|---|---|---|---|

**Safeguard Business Systems, Inc.**
12000 Ford Road, Suite 300
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,794.94 |
|---|---|---|---|

**Sanofi Pasteur INC**
Discovery Drive, Route 611
PO Box 187
Swiftwater, PA 18370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.85 |
|---|---|---|---|

**Schaefer Plumbing Supply Co. Inc.**
68 Market Street
Lockport, NY 14094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,296.28 |
|---|---|---|---|

**Schlinder Elevator Corp.**
80 Curtwright Drive, Suite 3
Buffalo, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.75 |
|---|---|---|---|

**Security Credit Systems**
100 River Rock Drive
Suite 200
Buffalo, NY 14207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.02 |
|---|---|---|---|

**Sheathing Technologies Inc.**
675 Jarvis Drive
Morgan Hill, CA 95037

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,468.65 |
|---|---|---|---|

**Shred-It USA LLC**
400 Riverwalk Parkway, #300
Tonawanda, NY 14150

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,224.66 |
|---|---|---|---|

**Siemens Bldg Technologies**
85 Northpointe Parkway
Suite 8
Buffalo, NY 14228-1886

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,867.12 |
|---|---|---|---|

**Siemens Financial Services Inc.**
170 Wood Avenue South, 7th Floor
Iselin, NJ 08830

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,513.47 |
|---|---|---|---|

**Siemens Healthcare Diagnostics Inc.**
40 Liberty Boulevard
Malvern, PA 19355

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153,158.00 |
|---|---|---|---|

**Siemens Medical Solutions USA Inc.**
40 Liberty Boulevard
Malvern, PA 19355

Date(s) debt was incurred _
Last 4 digits of account number  1723

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|---|---|---|---|

**SJB Services Inc.**
5167 South Park Avenue
Hamburg, NY 14075

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,800.00 |
|---|---|---|---|

**Smart Surgical Inc.**
**3501 West Elder Street**
**Suite 104**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.79 |
|---|---|---|---|

**Smith Medical ASD, Inc.**
**226 West Street**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,964.77 |
|---|---|---|---|

**Smith Nephew Endoscopy**
**15 Minuteman Drive**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004.42 |
|---|---|---|---|

**Smith Nephew Orthopedic**
**1450 Brooks Road**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Sofat, M.D., Suresh**
**64 Davison Court**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.99 |
|---|---|---|---|

**Spalding Hardware**
**215 Davison Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.99 |
|---|---|---|---|

**Spectrum f/k/a TimeWarner Cable**
**2604 Seneca Avenue**
**Niagara Falls, NY 14305-3299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Spinal Elements**
**1755 West Oak Parkway**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $208,711.00 |
|---|---|---|---|

**Spinal USA Inc.**
**2050 Executive Drive**
**Pearl, MS 39208**

Date(s) debt was incurred _

Last 4 digits of account number _2562_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $58.96 |
|---|---|---|---|

**Spok Inc.**
**3000 Technology Way**
**Suite 400**
**Plano, TX 75074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $770.50 |
|---|---|---|---|

**SPS Medical Supply Corp**
**6789 W Henrietta Road**
**Rush, NY 14543**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76.86 |
|---|---|---|---|

**Stahl M.D., David**
**21 North Main Street**
**Middleport, NY 14105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $555.06 |
|---|---|---|---|

**Statlab Medical Products**
**2090 Commerce Drive**
**McKinney, TX 75069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,222.30 |
|---|---|---|---|

**Stericycle, Inc.**
**910 East 138th Street**
**Bronx, NY 10454**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,104.13 |
|---|---|---|---|

**Steris Corporation**
**5960 Heisley Road**
**Mentor, OH 44060-1834**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.46 |
|---|---|---|---|

**Strate Welding Supply Co.**
**6776 N Canal Road**
**Lockport, NY 14094**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stryker Instruments**
**2825 Airview Boulevard**
**Portage, MI 49002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414,157.20 |
|---|---|---|---|

**Stryker Orthopaedics**
**325 Corporate Drive**
**Mahwah, NJ 07430**

Date(s) debt was incurred __

Last 4 digits of account number  **1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,952.54 |
|---|---|---|---|

**Stryker Sales Corp.**
**21343 Network Plaza**
**Chicago, IL 60673-1213**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Stuart Sports, Inc.**
**486 Center Street**
**Lewiston, NY 14092**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.36 |
|---|---|---|---|

**Summit Print & Mail LLC**
**6042 Old Beattie Road**
**Lockport, NY 14094**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document , Page 78 of 104

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.29 |
| --- | --- | --- | --- |
| | **Symmetry Surgical, Inc.**<br>**3034 Owen Drive**<br>**Antioch, TN 37013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,405.00 |
| --- | --- | --- | --- |
| | **Synergy Global Solutions, Inc.**<br>**7871 Lehigh Crossing Drive, #1**<br>**Victor, NY 14564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,664.00 |
| --- | --- | --- | --- |
| | **Synthes USA, LLC**<br>**1302 Wrights Lane East**<br>**West Chester, PA 19380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,388.00 |
| --- | --- | --- | --- |
| | **Teamviewer Germany GMBH**<br>**PO Box 743135**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,520.00 |
| --- | --- | --- | --- |
| | **Tela Bio Inc.**<br>**One Great Valley Parkway**<br>**Suite 24**<br>**Malvern, PA 19355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,332.41 |
| --- | --- | --- | --- |
| | **Teleflex Funding LLC**<br>**3015 Carrington Mill Boulevard**<br>**Morrisville, NC 27560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,855.20 |
| --- | --- | --- | --- |
| | **Teleflex Medical Inc.**<br>**PO Box 12600**<br>**2917 Weck Drive**<br>**Durham, NC 27709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,160.00 |
|---|---|---|---|

**The Drain Doctor**
**1400 College Avenue**
**Niagara Falls, NY 14305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.88 |
|---|---|---|---|

**The Sherwin Williams Co.**
**5871 South Transit Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.43 |
|---|---|---|---|

**Thomas Reuters West**
**610 Opperman Drive**
**Saint Paul, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,913.00 |
|---|---|---|---|

**Timkey Enterprises**
**301 Walnut Street**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.05 |
|---|---|---|---|

**Tops Market LLC**
**6592 Payshpere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Town & Country Club**
**717 East Avenue**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,619.01 |
|---|---|---|---|

**Transunion Healthcare Inc.**
**33206 Collection Center Drive**
**Chicago, IL 60693-0331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**Tremco WNY**
**PO Box 104**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,232.79 |
|---|---|---|---|

**Tri - Anim Health Services**
**5000 Tuttle Crossing Boulevard**
**PO Box 8023**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |
|---|---|---|---|

**Tri-Delta Resources Corp.**
**15 North Street**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,961.00 |
|---|---|---|---|

**Trimedx Health Care Equipment**
**5451 Lakeview Parkway South Drive**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0108**

Is the claim subject to offset? ■ No ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Tru Quality Medical Inc.**
**P.O. Box 1187**
**Kennett Square, PA 19348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,427.50 |
|---|---|---|---|

**Trusted Nurse Staffing LLC**
**500 Seneca Street**
**Suite 501**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**TVTC Safety Training Centers**
**100 Safety Way**
**Decatur, AL 35601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 81 of 104

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,271.07 |
|---|---|---|---|

**Twin City Ambulance Corp**
PO Box 536032
Pittsburgh, PA 15253-5902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,074.70 |
|---|---|---|---|

**U&S Services, Inc.**
f/k/a SmartEdge
95 Stark Street
Tonawanda, NY 14150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 |
|---|---|---|---|

**Ulrich Sign Co.**
177 Oakhurst Street
Lockport, NY 14094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,126.96 |
|---|---|---|---|

**Unifirst Corporation**
68 Jonspin Road
Wilmington, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.20 |
|---|---|---|---|

**United Parcel Service**
PO Box 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,020.20 |
|---|---|---|---|

**United States Postal Service / NeoPost**
400 White Clay Center Drive
Newark, DE 19711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**University at Buffalo Surgeons Inc.**
100 High Street
Buffalo, NY 14203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document , Page 82 of 104

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,001.79** |
|---|---|---|---|

**University Emergency Medical Services**
**77 Goodell Street, Suite 340**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,435.44** |
|---|---|---|---|

**Upstate Niagara Cooperative Inc.**
**1730 Dale Road**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**Uresil**
**5418 West Touhy Avenue**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,614.52** |
|---|---|---|---|

**US Foodservice**
**125 Gardenville Parkway West**
**Buffalo, NY 14224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,052.60** |
|---|---|---|---|

**Usherwood Office Technology**
**2595 Brighton Henrietta Town Line Road**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,244.00** |
|---|---|---|---|

**Utah Medical Products Inc.**
**7043 South 300 West**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.00** |
|---|---|---|---|

**Valley Surgical**
**633 South Andrews Avenue**
**Suite 400**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document  , Page 83 of 104

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,155.00 |
|---|---|---|---|

**Vapotherm Inc.**
**100 Domain Drive**
**Exeter, NH 03833**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,926.50 |
|---|---|---|---|

**VRP NY P.A.**
**25983 Network Place**
**Chicago, IL 60673-1259**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,127.17 |
|---|---|---|---|

**WB Mason Co Inc.**
**59 Centre Street**
**Brockton, MA 02303**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,161.99 |
|---|---|---|---|

**Wendel Architects & Engineers**
**375 Essjay Road, Suite 200**
**Buffalo, NY 14221**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,965.27 |
|---|---|---|---|

**Werfen USA LLC**
**180 Hartwell Road**
**Bedford, MA 01730-2443**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,847.00 |
|---|---|---|---|

**West Coast Medical Resources**
**520 Howard Court**
**Clearwater, FL 33756**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document , Page 84 of 104

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,400.00 |
|---|---|---|---|

**Western New York Urology**
PO Box 8000 Dept 118
Buffalo, NY 14267-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,740.00 |
|---|---|---|---|

**Wilson's Pizza**
2730 Main Street
Newfane, NY 14108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Windstream**
PO Box 9001013
Louisville, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,620.00 |
|---|---|---|---|

**WNY Medical Practice PC**
1425 Portland Avenue
Rochester, NY 14621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,142.49 |
|---|---|---|---|

**Wolters Kluwer Clinical Drug**
1100 Terex Road
Hudson, OH 44236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,140.38 |
|---|---|---|---|

**X-Cell Laboratories of WNY Inc.**
20 Northpointe Parkway, Suite 100
Buffalo, NY 14228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4215

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,042.00 |
|---|---|---|---|

**Xodus Medical Inc.**
702 Prominence Drive
New Kensington, PA 15068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document , Page 85 of 104

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.49 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
|       | **Z-Medica**<br>**4 Fairfield Boulevard**<br>**Wallingford, CT 06492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.50 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
|       | **Zerowet, Inc.**<br>**PO Box 4375**<br>**Palos Verdes Peninsula, CA 90274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129,913.75 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------------|
|       | **Zimmer Biomet Spine Inc.**<br>**1800 West Center Street**<br>**Bldg 5 MS-5162**<br>**Warsaw, IN 46580** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number **2979** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,699.73 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|
|       | **Zimmer USA**<br>**358 Sonwil Drive**<br>**Buffalo, NY 14222-5552** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.35 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
|       | **Zoll Medical Corporation**<br>**269 Mill Road**<br>**Chelmsford, MA 01824-4105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|       | Date(s) debt was incurred _ | Basis for the claim: _ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | 2,336,344.19 |
| 5b. Total claims from Part 2 | 5b. + | $ | 37,835,144.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 40,171,488.84 |

☐ Check if this is an
     amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lockport - Collective Bargaining Agreement 4/1/2018 - 4/1/2021** | |
| | State the term remaining | | **1199 SEIU United Healthcare Workers East 310 West 43rd Street New York, NY 10036** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Administration (RELIAS)** | |
| | State the term remaining | | **AHC Media LLC PO Box 74008620 Chicago, IL 60674-8620** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Centurian Machines Cataract equipment contract** | |
| | State the term remaining | | **Alcon Laboratories Inc. 6201 South Freeway Fort Worth, TX 76134-2099** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Fire safety contract** | |
| | State the term remaining | | **All State Fire Equipment of WNY 400 Mineral Springs Road Buffalo, NY 14224** |
| | List the contract number of any government contract | | |

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document  , Page 87 of 104

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

    **Hazardous and Non-Harzadous Pharmaceuticals contract**

State the term remaining

List the contract number of any government contract

**BioServ**
**10 Gramar Avenue**
**Prospect, CT 06712**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

    **Radiology contract**

State the term remaining

List the contract number of any government contract

**Carestream Health Inc.**
**150 Verona Street**
**Rochester, NY 14608**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

    **Cooling Tower contract**

State the term remaining

List the contract number of any government contract

**Chem-Aqua**
**PO Box 152170**
**Irving, TX 75015**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

    **Union Agreement**

State the term remaining     **4/1/2016 - 7/31/2020**

List the contract number of any government contract

**Civil Service Employees Association, Inc**
**Local #1000, AFSCME, AFL-CIO**
**on behalf of Local #716**
**143 Washington Street**
**Albany, NY 12210**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Community Computer Service Inc.**
**15 Hulbert Street**
**Auburn, NY 13021**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

    **Emergency Generator maintenance contract**

State the term remaining

List the contract number of any

**Cummins Northeast**
**700 Aero Drive**
**Buffalo, NY 14225**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm System maintenance contract** | |
|---|---|---|---|
| | State the term remaining | | **Davis-Ulmer Sprinkler Co.** |
| | List the contract number of any government contract | | **Attn: Dennis Metz**<br>**One Commerce Drive**<br>**Buffalo, NY 14228-2395** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Pest removal contract** | |
|---|---|---|---|
| | State the term remaining | | **Ehrlich Co. Inc.** |
| | List the contract number of any government contract | | **505 Duke Road, Suite 300**<br>**Buffalo, NY 14225** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Water Filter for Surgery contract** | |
|---|---|---|---|
| | State the term remaining | | **Evoqua Water Technologies LLC** |
| | List the contract number of any government contract | | **Attn: Legal Department**<br>**210 Sixth Avenue, Suite 3300**<br>**Pittsburgh, PA 15222** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Loan contract for 2016 Silver Ford Escape - Balance $5,657.27** | |
|---|---|---|---|
| | State the term remaining | | **Ford Credit** |
| | List the contract number of any government contract | | **Attn: Customer Service Center**<br>**P.O. Box 542000**<br>**Omaha, NE 68154-8000** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Check overlays for AP and Payroll contract** | |
|---|---|---|---|
| | State the term remaining | | **FormFast Inc.** |
| | List the contract number of any government contract | | **13421 Manchester Road**<br>**Suite 208**<br>**Saint Louis, MO 63131** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology equipment contract** | |
|---|---|---|---|
| | | | **GE Healthcare**<br>**80 Woodster Heights Road**<br>**Danbury, CT 06810-7549** |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17, Description: Main Document , Page 89 of 104

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

State the term remaining

List the contract number of any government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Chiller services agreement** |
| --- | --- | --- |

State the term remaining

List the contract number of any government contract

**Gerster Trane (Trane U.S. Inc. )**
**45 Earhart Drive**
**Suite 103**
**Buffalo, NY 14221**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **PM maintenance contract** |
| --- | --- | --- |

State the term remaining

List the contract number of any government contract

**Gerster Trane (Trane USA Inc.)**
**45 Earhart Drive**
**Suite 103**
**Buffalo, NY 14221**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Severance Agreement dated June 22, 2018** |
| --- | --- | --- |

State the term remaining

List the contract number of any government contract

**Haar, Clare A.**
**900 Delaware Avenue, #301**
**Buffalo, NY 14209**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **IT contract** |
| --- | --- | --- |

State the term remaining

List the contract number of any government contract

**Inland Northwest Health Services Inc.**
**601 West 1st Avenue**
**Spokane, WA 99201**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Union Collective Bargaining Agreement** |
| --- | --- | --- |

State the term remaining    **1/1/2018 - 12/31/2020**

List the contract number of any government contract

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW Local 55**
**35 George Karl Boulevard, Suite 300**
**Buffalo, NY 14221**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Case 1-20-10903-CLB,    Doc 80,    Filed 07/23/20,    Entered 07/23/20 08:44:17,
Description: Main Document  , Page 90 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Self Pay Collections** | |
| --- | --- | --- | --- |
| | State the term remaining | 1/31/2019-1/30/2020 | **Ivar, LLC d/b/a CaptureNet**<br>**Attn: Bryan Healy, Managing Member**<br>**4835 East Cactus Road, Suite 430**<br>**Scottsdale, AZ 85254** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **ST100X (Sterrad Sterilizer) equipment contract** | |
| --- | --- | --- | --- |
| | State the term remaining | | **J & J Health Care Systems**<br>**425 Hoes Lane**<br>**Piscataway, NJ 08855-6800** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation Agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | 4/7/2016-perpetual | **Kaleida Health Dept of Finance**<br>**726 Exchange Street**<br>**Suite 200**<br>**Buffalo, NY 14210** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Laparoscopy Tower - Surgery - Balance $66,157.53** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Karl Storz Capital**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Snowplowing contract** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Lawns Unlimited Landscaping**<br>**2344 Hess Road**<br>**Appleton, NY 14008** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Secure paging for doctors contract** | |
| --- | --- | --- | --- |
| | State the term remaining | | **MaxMD**<br>**2200 Fletcher Avenue, Suite 506**<br>**Fort Lee, NJ 07024-5063** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Autoverification system and dashboard contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McKesson Medical-Surgical Inc.** <br> **9954 Mayland Drive, Suite 4000** <br> **Henrico, VA 23228-1484** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Medtech contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medical Information Technology, Inc.** <br> **Meditech Circle** <br> **Westwood, MA 02090** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Computer software maintenance contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Micro Focus Software Inc.** <br> **PO Box 641025** <br> **Pittsburgh, PA 15264-1025** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology equipment contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Milligray & Associates** <br> **2141 Williston Heights** <br> **Marilla, NY 14102-9717** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Telemetry Monitors (2 North & ICU) - Balance $94,951.94** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mindray DS USA Inc.** <br> **1300 MacArthur Boulevard** <br> **Mahwah, NJ 07430** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **IT contract** | |
|---|---|---|---|
| | | | **Nuance Communications** <br> **One Wayside Drive** <br> **Burlington, MA 01803** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology equipment contract** |  |
|---|---|---|---|
|  | State the term remaining |  | **NY Imaging**<br>**1 D'Alfonso Road**<br>**Newburgh, NY 12550** |
|  | List the contract number of any government contract |  | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |  |
|---|---|---|---|
|  | State the term remaining | **7/1/2018-6/30/2021** | **NYS Nurses Association**<br>**155 Washington Avenue**<br>**Suite 201**<br>**Albany, NY 12210** |
|  | List the contract number of any government contract |  | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Prescription drug system contract** |  |
|---|---|---|---|
|  | State the term remaining |  | **Omnicell Inc.**<br>**509 East Middlefield Road**<br>**Mountain View, CA 94043** |
|  | List the contract number of any government contract |  | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Miscellaneous Equipment - Balance $262,452.99** |  |
|---|---|---|---|
|  | State the term remaining |  | **Pantheon Capital LLC**<br>**Crossroads Corporate Center**<br>**1 International Boulevard, Suite 624**<br>**Mahwah, NJ 07495** |
|  | List the contract number of any government contract |  | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Miscellaneous Equipment - Balance $74,962.15** |  |
|---|---|---|---|
|  | State the term remaining |  | **Pantheon Capital LLC**<br>**Crossroads Corporate Center**<br>**1 International Boulevard, Suite 624**<br>**Mahwah, NJ 07495** |
|  | List the contract number of any government contract |  | |

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document , Page 93 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Check Sealer service contract** | |
|---|---|---|---|
| | State the term remaining | 6/15/2019-6/14/2020 | **Peak-Ryzex Inc.** |
| | List the contract number of any government contract | | **10330 Old Columbia Road** **Columbia, MD 21046** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | 10/1/2013-9/30/2020 | **PEF (SEIU)** |
| | List the contract number of any government contract | | **PO Box 2665** **New York, NY 10108** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract** | |
|---|---|---|---|
| | State the term remaining | | **Schlinder Elevator Corp.** |
| | List the contract number of any government contract | | **80 Curtwright Drive, Suite 3** **Williamsville, NY 14221** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Document shredding contract** | |
|---|---|---|---|
| | State the term remaining | | **Shred-It USA LLC** |
| | List the contract number of any government contract | | **440 Lawrence Bell Drive, #300** **Tonawanda, NY 14150** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Mammomat Inspiration equipment contract - Balance $102,865.76** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc.** |
| | List the contract number of any government contract | | **170 Wood Avenue South** **7th Floor** **Iselin, NJ 08830** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound Acuson S1000 equipment contract - Balance $26,330.72** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc.** |
| | List the contract number of any | | **170 Wood Avenue South** **7th Floor** **Iselin, NJ 08830** |

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document , Page 94 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound S1000 equipment contract - Balance $26,330.72** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc.** |
| | List the contract number of any government contract | | **170 Wood Avenue South 7th Floor Iselin, NJ 08830** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound Acuson S2000 equipment contract - Balance $31,297.57** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc.** |
| | List the contract number of any government contract | | **170 Wood Avenue South 7th Floor Iselin, NJ 08830** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound S2000 equipment contract - Balance $29,602.21** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc.** |
| | List the contract number of any government contract | | **170 Wood Avenue South 7th Floor Iselin, NJ 08830** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **DX Vista 500 equipment contract - Balance $16,283.14** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc.** |
| | List the contract number of any government contract | | **170 Wood Avenue South 7th Floor Iselin, NJ 08830** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology PM** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Healthcare Diagnostics Inc.** |
| | List the contract number of any government contract | | **40 Liberty Boulevard Malvern, PA 19355** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lab contract** | **Siemens Medical Solutions USA Inc. c/o Siemans Healthcare 40 Liberty Boulevard Malvern, PA 19355** |
|---|---|---|---|

Case 1-20-10903-CLB,   Doc 80,   Filed 07/23/20,   Entered 07/23/20 08:44:17,
Description: Main Document  , Page 95 of 104

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Bio System contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stericycle**<br>**910 East 138th Street**<br>**Bronx, NY 10454** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Sterilization System contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Steris Corporation**<br>**5960 Heisley Road**<br>**Mentor, OH 44060-1834** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Pro Care Stryker equipment contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stryker Instruments**<br>**2825 Airview Boulevard**<br>**Portage, MI 49002** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **PM server maintenance contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Synergy Global Solutions, Inc.**<br>**7871 Lehigh Crossing Drive, #1**<br>**Victor, NY 14564** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Building Control Services contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **U&S Services, Inc.**<br>**f/k/a SmartEdge**<br>**95 Stark Street**<br>**Tonawanda, NY 14150** |

Case 1-20-10903-CLB, Doc 80, Filed 07/23/20, Entered 07/23/20 08:44:17, Description: Main Document , Page 96 of 104

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Advanced Sterilization Products
33 Technology Drive
Irvine, CA 92618

Agility Health Inc.
6625 West 78th Street, Suite 300
Minneapolis, MN 55439

AIV Inc.
7485 Shipley Avenue
Harmans, MD 21077

Alere Toxicology Services Inc.
1111 Newton Street
Gretna, LA 70053

Applied Medical Technologies
8006 Katherine Boulevard
Brecksville, OH 44141

Audiomedtric Technology
90 Earhart Drive, Suite 2
Buffalo, NY 14221

Benoit Security Inc.
7736 West Somerset Road
Appleton, NY 14008

Brightview Radiology
210 West 101st Street, #10C
New York, NY 10025

Buccilli, Andrea M. M.D.
5 Overloook Park
Lancaster, NY 14086

Buffalo Expert Service Tech.
3003 Genesee Street
Buffalo, NY 14225

Buffalo Hotel Supply
PO Box 646
Buffalo, NY 14226-0646

Cafora's
2885 Main Street
Newfane, NY 14108

Cicero Consulting Associates
925 Westchester Avenue, Suite 201
White Plains, NY 10604

CR Bard
8195 Industrial Boulevard
Covington, GA 30014

CR Bard
100 Crossings Boulevard
Warwick, RI 02886

CR Bard
605 North 5600 West
Salt Lake City, UT 84116

CR Bard
1415 West 3rd Street
Tempe, AZ 85281

Crooks, David M.D.
42 Countryside Lane
Depew, NY 14043

Crystal Rock
6750 Discovery Boulevard
Mableton, GA 30126

Depuy Inc.
5972 Collections Center Drive
Chicago, IL 60693

Dey, Manjushree M.D.
734 Davison Road
Lockport, NY 14094

E&L Repair
5998 Walnut Street
Newfane, NY 14108

Eastern Niagara Medical Group PC
534 Main Street
Medina, NY 14103

Ecolab HCS/Microtek Medical
PO Box 911633
Dallas, TX 75391-1633

EMSL Analytical Inc.
200 Route 130 North
Cinnaminson, NJ 08077

Engage It
1801 Lind Avenue SW
Renton, WA 98057

Erie County Medical Center
462 Grider Street
Buffalo, NY 14215

Fattouch, Hany M.D.
PO Box 785
Buffalo, NY 14226

Fetterman, Charles J. M.D.
6420 Tonawanda Creek Road
Lockport, NY 14094

Freudenberg Medical LLC
1110 Mark Avenue
Carpinteria, CA 93013

GE Healthcare
80 Woodster Heights Road
Danbury, CT 06810-7549

GI Supply
5069 Ritter Road, Suite 104
Mechanicsburg, PA 17055

Great Lakes Medical Imaging LLC
199 Park Club Lane, Suite 300
Williamsville, NY 14221

Hodge, Robert W. M.D.
8842 Haseley Road
Gasport, NY 14067

Home Depot Credit Services
250 Campus Drive
Marlborough, MA 01752

Hovertech
4482 Innovation Way
Allentown, PA 18109

HSBC Business Solutions
PO Box 5229
Carol Stream, IL 60197

Innovative Blood Resources
CB-0008, PO Box 1164
Minneapolis, MN 55480-1164

Ivar, LLC d/b/a CaptureNet
Attn: Bryan Healy, Managing Member
4835 East Cactus Road, Suite 430
Scottsdale, AZ 85254

J.J. Keller & Associates Inc.
PO Box 6609
Carol Stream, IL 60197-6609

Johnson, Eric M.D.
59 West Avenue
Brockport, NY 14420

Latina Boulevard Foods, LLC
1 Scrivner Drive
Buffalo, NY 14227

Lopez, Oscar S. M.D. P.C.
42 Brookshire Court
East Amherst, NY 14051

Lopez, Philip M.D. / MRO Express
3501 SW 185th Avenue
Hollywood, FL 33029

Med-Label
4 Briarhurst Drive
Flanders, NJ 07836

Mercy Flight Inc.
PO Box 535
Baldwinsville, NY 13027

Micro-Aire
2400 Austin Drive
Charlottesville, VA 22911

Mindray Capital
PO Box 24245
Seattle, WA 98124-0245

Nenno, Donald J. II M.D.
468 Delaware Avenue, Suite 200
Buffalo, NY 14202

Niagara Gazette
473 Third Street
Niagara Falls, NY 14301

Northwest
PO Box 6818
Carol Stream, IL 60197-6818

Pal, Amandeep M.D.
210 Golden Pheasant Drive
Getzville, NY 14068

Performance Health
28100 Torch Parkway, Suite 700
Warrenville, IL 60555

Pfizer Inc.
PO Box 417510
Boston, MA 02241-7510

Roberto, Craig M.D.
#2 Wik Street
Buffalo, NY 14221

Schaefer Plumbing Supply Co. Inc.
68 Market Street
Lockport, NY 14094

Schratz, Jeffrey M.D.
160 East Avenue
Lockport, NY 14094

Security Credit Systems
100 River Rock Drive
Suite 200
Buffalo, NY 14207

Sheathing Technologies Inc.
675 Jarvis Drive
Morgan Hill, CA 95037

Spok Inc.
3000 Technology Way
Suite 400
Plano, TX 75074

Teleflex Funding LLC
3015 Carrington Mill Boulevard
Morrisville, NC 27560

The Sherwin Williams Co.
5871 South Transit Road
Lockport, NY 14094

Thomas Reuters West
610 Opperman Drive
Eagan, MN 55123

Timkey Enterprises
301 Walnut Street
Lockport, NY 14094

Tops Market LLC
6592 Payshpere Circle
Chicago, IL 60674

Town & Country Club
717 East Avenue
Lockport, NY 14094

TVTC Safety Training Centers
100 Safety Way
Decatur, AL 35601

United States Postal Service / NeoPost
400 White Clay Center Drive
Newark, DE 19711

University Emergency Medical Services
77 Goodell Street, Suite 340
Buffalo, NY 14203

Utah Medical Products Inc.
7043 South 300 West
Midvale, UT 84047

Valley Surgical
633 South Andrews Avenue
Suite 400
Fort Lauderdale, FL 33301

Western New York Urology
PO Box 8000 Dept 118
Buffalo, NY 14267-0002

Wilson's Pizza
2730 Main Street
Newfane, NY 14108

Wolters Kluwer Clinical Drug
1100 Terex Road
Hudson, OH 44236

Z-Medica
4 Fairfield Boulevard
Wallingford, CT 06492

Zerowet, Inc.
PO Box 4375
Palos Verdes Peninsula, CA 90274

Zinno, Matthew M.D.
5953 Kilarney Manor
Clarence Center, NY 14032

Zoll Medical Corporation
269 Mill Road
Chelmsford, MA 01824-4105