(Rev. 12/16: Previous Versions are Obsolete)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NY

## COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: **Eastern Niagara Hospital, Inc.**   Case No. **1-20-10903-CLB**   Chapter **11**

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED:** (Select either #1, #2 or #3)

- [ ] #1--Amendment to Previously Filed Document (Go to Sec. B)
- [x] #2--Schedule/Statement Not Previously Filed (Go to Sec. B)
- [ ] #3–Schedule of Post-Petition Debts (result of conversion–no fee due) (Go to Sec. D)

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**

- [ ] Official Form 101: [ ] Part 1  [ ] Part 2  [ ] Part 3  [ ] Part 4  [ ] Part 5  [ ] Part 6  [ ] Part 7
- [x] Official Form 106Sum: Summary of Your Assets and Liabilities and Certain Statistical Information
- [x] Official Form 106Dec: Declaration About an Individual Debtor's Schedules
- [ ] Official Form 108: Chapter 7 Statement of Intention for Individuals
- [x] Schedules: (Please check schedules attached)
  - [x] Schedule A/B   [x] Schedule C   [x] Schedule D (Go to Sec. C)   [x] Schedule E/F (Go to Sec. C)
  - [x] Schedule G   [x] Schedule H   [ ] Schedule I   [ ] Schedule J   [ ] Schedule J-2
- [x] Statement of Financial Affairs: _____
- [ ] Statement Pursuant to Rule 2016(b)
- [ ] Official Form 201:  [ ] Debtor's Name  [ ] Debtor's Address  [ ] Debtor's EIN  [ ] Other Names used by the Debtor
  - [ ] Other _____
  (Please indicate the Question # from Form 201 that is being amended and a brief description)
- [ ] Official Form 201A: Ch. 11 Attachment to Voluntary Petition for Non-Individuals
- [ ] Official Form 202: Declaration Under Penalty of Perjury for Non-Individual Debtors
- [ ] Creditor Matrix
- [ ] Chapter 13 Plan (Pre-confirmation): [ ] Decrease Payments  [ ] Increase Payments  [ ] Increases length of plan
- [x] Other: **Additional Creditors Matrix**

*FOR CHANGES AFFECTING SCHEDULES D, E/ F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

**C. CREDITOR/SCHEDULE INFORMATION:** (Select either #1, #2 or #3)

- [ ] #1--Creditors are being added or deleted by this amendment/schedule, AND
  - [ ] The $31.00 amendment fee is attached
  - [ ] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached.
    Note: Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.

- [ ] #2--Schedule(s) of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended for purposes other than adding or deleting creditors.
  - [ ] The $31.00 fee is attached for this amendment [e.g. changing amount of a debt or classification of a debt].
  - [ ] The $31.00 fee does not apply for this amendment [e.g. change of address of a creditor or change of attorney].

- [x] #3 – **No Creditors** are being added or deleted.

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

**CERTIFICATION OF SERVICE:** Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY** [Attorney or debtor(s), if pro se, must sign.]: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: 7/22/2020      Signature: /s/Jeffrey A. Dove
                                  **Jeffrey A. Dove**

**DECLARATION OF DEBTOR(S)**: [Required if declaration is not completed on the document(s) itself or by separate instrument.]
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information and belief.

Dated: _____      Signature: _____ (debtor)