UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

EASTERN NIAGARA HOSPITAL, INC.,

Debtor.

Case No. 1-20-10903-MJK
Chapter 11

---

**ORDER GRANTING DEBTOR'S MOTION TO ENLARGE THE EXCLUSIVE PERIOD WITHIN WHICH ONLY THE DEBTOR MAY FILE AND SEEK APPROVAL OF A DISCLOSURE STATEMENT AND CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

This matter having come before this Court upon the motion (the "Motion") of the Debtor-in-Possession, Eastern Niagara Hospital, Inc. ("Debtor"), seeking the entry of an Order, pursuant to 11 U.S.C. Sections 1121(b) and (c), extending for an additional 90 days, until Thursday, June 3, 2021, the period within which the Debtor exclusively may file a Chapter 11 disclosure statement and plan, and extending for an additional 90 days, until Monday, August 2, 2021, the period within which the Debtor alone might solicit acceptances of such plan (the "Motion"),

AND, this matter having come before this Court for a hearing on March 17, 2021, on notice to the Office of the United States Trustee, counsel for Citizens Bank, N.A., f/k/a RBS Citizens, N.A., counsel for the Committee of Unsecured Creditors, and those parties requesting notices, and the Court finding such notice to be adequate,

AND, no party having filed any opposition to the Motion,

NOW, upon all pleadings and proceedings had in this matter to date, and good cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted as hereinafter set forth;

22101490.1

**ORDERED**, that the time within which the Debtor exclusively may file a Chapter 11 disclosure statement and plan is hereby extended for an additional 90 days, until Thursday, June 3, 2021; and it is further

**ORDERED**, that the period within which the Debtor alone might solicit acceptances of such plan is hereby extended for 90 days, Monday, August 2, 2021.

Dated: March 17, 2021
Buffalo, New York

_____
HONORABLE MICHAEL J. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

This Order shall be effective when a facsimile thereof is entered on the CM/ECF docket by the Office of the Clerk.

_____
U.S.B.J.

**FILED**
**March 17, 2021**
BANKRUPTCY COURT
BUFFALO, N.Y.