UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:

    EASTERN NIAGARA HOSPITAL, INC.,

               Debtor.
-----------------------------------------------------------

Case No. 1-20-10903-MJK
Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO ENLARGE THE
EXCLUSIVE PERIOD WITHIN WHICH ONLY THE DEBTOR MAY
FILE AND SEEK APPROVAL OF A DISCLOSURE STATEMENT AND
CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

This matter having come before this Court upon the motion (the "Motion") of the Debtor-in-Possession, Eastern Niagara Hospital, Inc. ("Debtor"), seeking the entry of an Order, pursuant to 11 U.S.C. Sections 1121(b) and (c), extending for an additional 90 days, until Monday, February 28, 2022, the period within which the Debtor exclusively may file a Chapter 11 disclosure statement and plan, and extending for an additional 91 days, until Monday, May 2, 2022, the period within which the Debtor alone might solicit acceptances of such plan (the "Motion"),

AND, this matter having come before this Court for a hearing on December 14, 2021, on notice to the Office of the United States Trustee, counsel for Citizens Bank, N.A. f/k/a RBS Citizens, N.A., counsel for the Committee of Unsecured Creditors, those parties requesting notices, and all creditors, the Court finding such notice to be adequate,

AND, no party having filed any opposition to the Motion,

NOW, upon all pleadings and proceedings had in this matter to date, and good cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted as hereinafter set forth;

23680056.1

1

**ORDERED**, that the time within which the Debtor exclusively may file a Chapter 11 disclosure statement and plan is hereby extended ~~for an additional 90 days, Monday, February 28,~~ to Jan 8, 2022; and it is further

**ORDERED**, that the period within which the Debtor alone might solicit acceptances of such plan is hereby ~~extended for 91 days, until Monday, May 2, 2022~~ to March 8, 2022.

Dated: December 14, 2021
Buffalo, New York



HONORABLE MICHAEL J. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

FILED
DEC 1 4 2021
BANKRUPTCY COURT
BUFFALO, NY