**Twelfth Report of the Patient Care Ombudsman**
**Eastern Niagara Hospital, Inc.**
**Bk. No. 1-20-10903 CLB**

I, Michele McKay, MSN, RN, CNE having been appointed as Patient Care Ombudsman for Eastern Niagara Hospital, Inc. (ENH) on August 3, 2020, hereby provide this twelfth report regarding the quality of patient care provided by the debtor. This report is for the timeframe from 10/23/2022 - 1/16/2023 during which two visits were made. During these visits, Chief Nursing Officer, Maralyn Militello and I meet to review new developments since the previous visit and to round on patient care areas.

Both the Hospital and the Transit Road sites continue to be able to staff all shifts for all patient care areas. There have been some staff resignations, and agreements by both ENH Administration and the SEIU union have enabled the Nursing Department to provide nursing staff retention incentives. The contract with the hospitalist inpatient group, DMP Medicine, ended January 2023 and was able to be renegotiated to provide onsite services during the day and on-call services at night. UBMD Emergency Medicine continues to provide medical coverage in the Emergency department.

Due to the December blizzard, the Transit Road site closed early on December 23, 2022 and because of snow accumulation on electrical panels, the Express Care and Occupational Medicine areas were closed until after January 1 and the Surgery Center remained closed until 1/9/2023. During the blizzard, the hospital inpatient medical unit census was 18 and the Reflections Unit census was 16; safe patient care was maintained through teamwork between all inpatient areas including administration.

For the timeframe of this report, the Hospital inpatient census has ranged from 15-18 patients, the Emergency Department averages 45 patient visits a day, and the Reflections inpatient chemical dependency unit census ranges from 16-18 patients. The Occupational Medicine and Surgery Center continue to retain clients and attract new clients, and the Express Care continues to see a steady volume of patients. At each visit, various staff on all units at both sites, including nurses, nurse practitioners, physician assistants, and doctors were approached; there were no complaints and all indicated needed

supplies and equipment for the care and treatment of patients was available. Patient care areas are clean, neat, and there were no immediate safety concerns noted during the visits. The medical unit patients I spoke were very complimentary about the hospital and the nursing care they are receiving while inpatients at ENH.  One Reflections Unit patient I spoke with had complaints related to visitation and other rules of the unit, these rules are in place for the safety and goals of the patients on this particular unit, and staff was available to address and reinforce these to the patient; another Reflections patient had a complaint about their assigned room being too cold and the nursing staff was addressing that concern with maintenance.

It has been publicly announced that Anne McCaffrey, CEO of ENH, Inc., has accepted a CEO position with another company effective March 20,2023. Ms. Militello reported that she and Ms. McCaffrey have been working together to continue to plan for the closure of ENH to align with the opening of the new Catholic Health Services hospital in Lockport.

It is my finding that for the timeframe of this twelfth report, there are no findings of any decline in patient care and that both Eastern Niagara Hospital and the Express Care, Occupational Medicine and Surgery Center on Transit Road continue to operate in a manner that provides acceptable care to patients.

Respectfully submitted on January 16, 2023,

Michele McKay, MSN, RN, CNE