**Final Report of the Patient Care Ombudsman**
**Eastern Niagara Hospital, Inc.**
**Bk. No. 1-20-10903 CLB**

I, Michele McKay, MSN, RN, CNE having been appointed as Patient Care Ombudsman for Eastern Niagara Hospital, Inc. (ENH) on August 3, 2020, hereby provide this fifteenth and final report regarding the quality of patient care provided by the debtor. This final report is for the timeframe from June 1, 2023 to June 17, 2023 during which telephone contacts and one site visit were made. The contacts and visit continue to be made with the Chief Executive Officer, and former Chief Nursing Officer, Maralyn Militello, MPA, RN.

The last site visit was made to the Eastern Niagara Hospital on Friday, June 16, 2023. At that visit, only the Emergency Department remained open as the Hospital had stopped admitting inpatients on June 10, 2023 and the final inpatient was discharged on Wednesday, June 14, 2023. There were no patients in the Emergency Department during this final visit; and the Hospital had seen a drop in visits since the prior visit on May 26, 2023 when the average was 30-35 patients a day to a recent average of 20 patients a day. The outpatient lab at the hospital site closed on June 9, 2023, but was maintaining services for Emergency Department patients. The X-ray Department was closing to outpatients at 4pm on June 16, 2023, and would also remain staffed for Emergency Department needs. On this final visit, the Emergency Department was fully staffed with physicians and nurses, and those I spoke with seemed comfortable and confident that they had all needed staff, supplies, and equipment to sustain operations until their closure at 5pm on June 17, 2023. Ms. Militello contacted me via phone at 6:44pm on June 17, 2023 to advise me that their last Emergency Room patient had been discharged and that the hospital was officially closed. Area Emergency Medical Service Basic Life Support staff were scheduled to be in place at the Eastern Niagara Hospital Emergency Department entrance starting at 5pm on June 17, 2023

and for 48 hours post closure to ensure any patients arriving at the closed hospital site were provided life support and transport services.

The Transit Road outpatient site had closed on Thursday, June 16, 2023. Signs were in place to alert potential patients of alternative sites and that the site would reopen on June 18, 2023 under the services of Catholic Health System.

Per Ms. Militello, over 55,000 notices were mailed to out to the community advising them of the closure of the hospital with the inclusion of alternative sites for emergency care services. Former patients of Eastern Niagara were notified of how to obtain their medical records and this is also posted on the Eastern Niagara Hospital FaceBook page. Additionally, the ENH website lists the hospital as being closed and directs viewers to alternative hospital and healthcare sites.

During the timeframe of this last report, there were no findings of any decline in patient care, and both Eastern Niagara Hospital and the Express Care, Occupational Medicine and Surgery Center on Transit Road provided safe and acceptable care to their patients.

Respectfully submitted on June 19, 2023,

Michele McKay, MSN, RN, CN